UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>    Defendant. | Case No.   24-cv-838 |

## JOINT MOTION FOR PROVISIONAL APPROVAL AND ENTRY OF CONSENT DECREE

Plaintiff United States of America and Defendant City of Durham, North Carolina respectfully move the Court to (1) provisionally approve and enter the attached Consent Decree resolving this litigation; (2) to schedule a Fairness Hearing on the Terms of the Consent Decree for a date no earlier than 130 days after provisionally approving and entering the Decree; and (3) to stay all deadlines pending the Court's determination of whether to enter the Decree as a final order at or after the Fairness Hearing on the Terms of the Consent Decree. The grounds for this Motion are set forth in the attached memorandum of law.

Dated: October 7, 2024

Respectfully submitted,

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

| | |
|---|---|
| KRISTEN CLARKE | SANDRA J. HAIRSTON |
| Assistant Attorney General | United States Attorney |
| Civil Rights Division | Middle District of North Carolina |
| | |
| KAREN D. WOODARD | LYNNE KLAUER |
| Chief | Chief, Civil Division |
| Employment Litigation Section | Middle District of North Carolina |
| | |
| CLARE GELLER | |
| Deputy Chief | |
| Employment Litigation Section | |

| | |
|---|---|
| */s/ Emily Given* | */s/ Rebecca A. Mayer* |
| EMILY GIVEN | REBECCA A. MAYER |
| NY Bar No. 5420211 | TX Bar No. 24092376 |
| ROBERT RICH | Assistant United States Attorney |
| DC Bar No. 1016908 | Middle District of North Carolina |
| Senior Trial Attorneys | 101 South Edgeworth Street, 4th Floor |
| Civil Rights Division | Greensboro, NC 27401 |
| United States Department of Justice | (336) 333-5351 |
| 950 Pennsylvania Avenue, NW | rebecca.mayer@usdoj.gov |
| Washington, DC 20530 | |
| (202) 532-5696 | |
| (202) 598-9898 | |
| Emily.Given@usdoj.gov | |
| Robert.Rich@usdoj.gov | |

**FOR DEFENDANT CITY OF DURHAM, NORTH CAROLINA:**

KIMBERLY M. REHBERG
Durham City Attorney

| | |
|---|---|
| */s/ Sofia Hernandez* | */s/ Anne Marie Tosco* |
| Sofia Hernandez, NC Bar No. 46583 | Anne Marie Tosco, NC Bar No. 48118 |
| Deputy City Attorney | Senior Assistant City Attorney |
| Office of the City Attorney | Office of the City Attorney |
| 101 City Hall Plaza, Suite 2200 | 101 City Hall Plaza, Suite 2200 |

Durham, North Carolina  27701
Telephone: (919) 560-4158
Facsimile: (919) 560-4660
sofia.hernandez@durhamnc.gov

Durham, North Carolina  27701
Telephone: (919) 560-4158
Facsimile: (919) 560-4660
annemarie.tosco@durhamnc.gov

*/s/ Sarah Laws*
Sarah Laws, NC Bar No. 57971
Associate City Attorney
Office of the City Attorney
101 City Hall Plaza, Suite 2200
Durham, North Carolina  27701
Telephone: (919) 560-4158
Facsimile: (919) 560-4660
sarah.laws@durhamnc.gov

3

Case 1:24-cv-00838-TDS-JEP     Document 2     Filed 10/07/24     Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I electronically filed the foregoing Joint Motion for Provisional Approval and Entry of Consent Decree using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Emily Given*