# Appendix A

*United States vs. City of Durham, North Carolina*, Civil Action No. [case number]
United States District Court for the Middle District of North Carolina

# Notice of Settlement and Fairness Hearing

*A Court approved this notice. This is <u>not</u> an advertisement from a lawyer.*

The United States of America sued the City of Durham, North Carolina, claiming that Durham violated a federal law against employment discrimination called Title VII of the Civil Rights Act of 1964. The United States claims that Durham violated Title VII when it used a certain written test to hire entry-level Firefighters, because the test disqualified a significantly greater share of African-American applicants than others and was not job-related. Durham denies that it violated the law.

Durham and the United States have agreed to a settlement to resolve the lawsuit.

Under the settlement, Durham agreed to stop using the challenged test and to replace it with a test that meets the requirements of Title VII. Durham also agreed to provide monetary awards and priority hiring awards to affected African-American applicants who had the opportunity to become Firefighters if Durham had not used the test challenged in the lawsuit.

Before awards can be made, the Court must first approve the settlement. The United States and Durham believe that the settlement is fair, reasonable, and adequate. If anyone disagrees and does not want the Court to approve the settlement, they may object by following the instructions below. The Court will consider all objections before deciding whether to approve the settlement.

---

The settlement can be viewed at: [link]

**If you do not want the court to approve the settlement, you may object by [date] here: [link]**

Read this notice carefully, as your rights may be affected.

You can learn more here: [website]

---

1

## What is this lawsuit about?

In its lawsuit, the United States claims that Durham unintentionally discriminated against African-American applicants for the entry-level Firefighter job in violation of Title VII of the Civil Rights Act of 1964. Specifically, the United States claims that Durham's use of a certain written test, which was developed and sold to Durham by a third party, caused a disparate impact on African-American applicants—in other words, the test disqualified a significantly greater share of African-American Firefighter applicants than others. The United States also alleges that the written test was not job related or consistent with business necessity, as required by Title VII. Durham denies that it has discriminated against anyone.

## Why did I get this notice?

The United States and Durham agreed to a settlement to resolve the lawsuit. The settlement has not yet been approved by the Court. You got this notice because your rights might be affected by the settlement, and you can object if you do not want the Court to approve the settlement. This notice summarizes the settlement and provides instructions on how to object if you do not want the Court to approve the settlement.

## What can I get from this settlement?

The complete settlement can be viewed at: [website].

Under the settlement, Durham agreed to stop using the challenged test and to replace it with a test that meets the requirements of Title VII.

Durham also agreed to provide monetary awards and priority hiring awards to affected African-American applicants who had the opportunity to become Firefighters if Durham had not used the challenged test.

2

- Monetary awards (sometimes called "back pay") are meant to make up for some of the pay an eligible applicant would have earned if they had not been disqualified by the challenged test and had instead been hired as a Firefighter. Durham agreed to provide $980,000.00 in back pay that will be divided between eligible applicants.

- Priority hiring awards provide a chance for eligible applicants who were disqualified by the challenged test to be hired as a Firefighter if they meet the current minimum qualifications for Firefighters. Durham agreed to hire up to sixteen (16) eligible applicants as priority hires. The people selected by Durham as priority hires will receive retroactive seniority and a hiring bonus.

  - Retroactive seniority means that priority hires will be treated as if they were hired on an earlier date than their actual hire date for certain purposes, including determining how much they are paid.

  - Hiring bonuses will be provided to priority hires to make up for some of the pension benefits they would have received if they had not been disqualified by the challenged test and had been hired as a Firefighter earlier.

  - The date used for retroactive seniority and the amount of the hiring bonus will depend on the year the priority hire was first disqualified by the written test.

Monetary awards and priority hiring awards will only be provided to eligible applicants. Applicants are eligible only if:

- They are African American or Black,

- They applied for a Firefighter job at the Durham Fire Department and were disqualified by the challenged written exam between 2015 and the present, and

- When they were disqualified, they met the minimum qualifications that were then in place.

To be eligible to become a priority hire, applicants must also meet the minimum qualifications that are now in place.

3

## How do I get an award?

If you believe you are eligible for an award and would like to get one, you do not need to do anything at this time. After the Court approves the settlement, you will get another notice and be able to submit a form to say you would like an award.

## Can I object to the settlement? How?

You have the right to object to the settlement. You may object if you do not want the Court to approve the settlement because you believe that the settlement is unfair, unreasonable, inadequate, unlawful, a product of collusion, or against the public interest.

You do not need to object in order to get an award. You do not need to do anything at this time if you want the Court to approve the settlement or if you want to get an award.

### If you want to object to the settlement, you must do so by [date].

> If you do not object by this date, you may not have another chance to object to the settlement in the future.

### To object, you must complete the form found here: [link].

> If you want to object but you cannot access the form online at the link above, you may contact [the Claims Administrator] at [contact information], who will provide you with a copy of the form that you can send in through email or mail.

By submitting an objection, you authorize the Claims Administrator to share your objection with the United States, Durham, and the Court.

4

## What happens next?

The Court will hold a Fairness Hearing on the Terms of the Settlement Agreement on [date] at [time and location]. At the hearing, the Court will consider whether to approve the settlement.

You do not need to attend the Fairness Hearing, but you can. If you object, the Court will consider your objection even if you do not attend the Fairness Hearing. If you like, you may state your objection in person at the Fairness Hearing.

If the Court approves the settlement, you will be notified and given the chance to say you are interested in receiving an award.

## It is important to keep us informed of your contact information.

If your address, phone number, or email address change, you must let us know at [contact information].

5

# Appendix B

# Objection to
# Entry of the Consent Decree

**Do you want to object to the settlement between the United States and Durham?**

☐      Yes, I object. I believe that the settlement is unfair, unreasonable, or inadequate and I do not want the court to approve the settlement.

         If you choose yes, you must complete the rest of this form.

☐      No, I do not object. I do not believe that the settlement is unfair, unreasonable, or inadequate and I have no problem with the court approving the settlement.

         If you choose no, you do not need to submit this form. If you are interested in receiving a monetary award or priority hiring award, you will have a chance to submit a different form later on to express your interest. You only need to send in this objection form if you believe the settlement is unfair, unreasonable, or inadequate and you do not want the court to approve it.

**Please provide your name and contact information.**

First Name      _____

Last Name      _____

Address      _____

City      _____

State      _____

1

| | |
|---|---|
| Zip | _____ |
| Telephone | _____ |
| Email | _____ |

## What is your objection to the settlement?

Please explain why you believe that the settlement is unfair, unreasonable, or inadequate, or why you do not want the court to approve the settlement.

_____

_____

_____

_____

_____

_____

If you need more space, you may attach a separate sheet. You may also attach additional documents.

## Do you want to state your objection in person before the Judge at the Fairness Hearing?

There will be a Fairness Hearing held on [date] at [time and location], where the Judge will consider all objections to the settlement. You do not need to speak in person at the Fairness Hearing—the Judge will consider your written objection either way—but if you would also like to state your objection in person, you can do that at the hearing.

☐ No, I do not want to state my objection in person at the Fairness Hearing, I just want the Judge to consider my objection as written on this form.

☐ Yes, I want to state my objection in person at the Fairness Hearing.

2

## Are you represented by an attorney?

You do not need to be represented by an attorney to object to the settlement or to receive a monetary or priority hiring award. If you are represented by an attorney, we will communicate with you through your attorney.

☐     No, I am not represented by an attorney.

☐     Yes, I am represented by an attorney.

If you are represented by an attorney, please provide your attorney's name and contact information.

| | |
|---|---|
| First Name | _____ |
| Last Name | _____ |
| Address | _____ |
| City | _____ |
| State | _____ |
| Zip | _____ |
| Telephone | _____ |
| Email | _____ |

## I certify that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| Signature | _____ |
| Date | _____ |

3

**For your objection to be considered, it must be submitted by [date].
Submit your objection form:**

      Online at: [link]

      By mail to: [address]

      Or by email to: [address]

4

# Appendix C

*United States vs. City of Durham, North Carolina*, Civil Action No. [case number]
United States District Court for the Middle District of North Carolina

# Notice of Entry of Consent Decree

*A Court approved this notice. This is <u>not</u> an advertisement from a lawyer.*

The United States of America sued the City of Durham, North Carolina, claiming that Durham violated a federal law against employment discrimination called Title VII of the Civil Rights Act of 1964. The United States claims that Durham unintentionally violated Title VII when it used a certain written test, which was developed and sold to Durham by a third party, to hire entry-level Firefighters for the Durham Fire Department, because the test disqualified a significantly greater share of African-American applicants than others and was not job-related. Durham denies that it violated the law, but committed to working with the United States to resolve these allegations.

On [date], the Court approved a settlement that resolved the lawsuit.

Under the settlement, Durham agreed to provide monetary awards and priority hiring awards to affected African-American applicants had the opportunity become Firefighters if Durham had not used the test challenged in the lawsuit. Applicants are eligible if:

- They are African American or Black,
- They applied for a Firefighter job at the Durham Fire Department and were disqualified by the challenged written exam between 2015 and the present, and
- When they were disqualified, they met the minimum qualifications that were then in place.

You may be eligible for an award.

**If you want to get an award, you must submit an Interest-in-Relief Form by [date], here: [link]**

Read this notice carefully, as your rights may be affected.

You can learn more here: [website]

1

## What is this lawsuit about?

In its lawsuit, the United States claims that Durham unintentionally discriminated against African-American applicants for the Durham Fire Department's entry-level Firefighter position, in violation of Title VII of the Civil Rights Act of 1964. Specifically, the United States claims that Durham's use of a certain written test, which was developed and sold to Durham by a third party, caused a disparate impact on African-American applicants— in other words, the test disqualified a significantly greater share of African-American Firefighter applicants than others. The United States also alleges that the written test was not job related or consistent with business necessity, as required by Title VII. Durham denies that it has discriminated against anyone, but has worked jointly with the United States to find a mutually agreeable solution to the United States' claims.

## Why did I get this notice?

On [date], the Court approved a settlement that resolved the lawsuit. You got this notice because you may be eligible for an award under the settlement. This notice summarizes the awards that are available and provides instructions on how to express your interest in getting an award.

## What can I get from this settlement?

Under the settlement, Durham agreed to provide monetary awards and priority hiring awards to affected African-American applicants who had the opportunity to become Firefighters if Durham had not used the test challenged in the lawsuit.

- Monetary awards (sometimes called "back pay") are meant to make up for some of the pay an eligible applicant would have earned if they had not been disqualified by the challenged test and had instead been hired as a Firefighter. Durham agreed to provide $980,000.00 in back pay that will be divided between eligible applicants.

2

- Priority hiring awards provide a chance for eligible applicants who were disqualified by the challenged test to be hired as a Firefighter if they meet the current minimum qualifications for Firefighters. Durham agreed to hire up to sixteen (16) eligible applicants as priority hires. The people selected by Durham as priority hires will receive retroactive seniority and a hiring bonus.

  o Retroactive seniority means that priority hires will be treated as if they were hired on an earlier date than their actual hire date for certain purposes, including determining how much they are paid.

  o Hiring bonuses will be provided to priority hires to make up for some of the pension benefits they would have received if they had not been disqualified by the challenged test and had been hired as a Firefighter.

  o The date used for retroactive seniority and the amount of the hiring bonus will depend on the year the priority hire was first disqualified by the written test.

**Monetary awards and priority hiring awards will only be provided to eligible applicants. Applicants are eligible only if:**

- They are African American or Black,

- They applied for a Firefighter job at the Durham Fire Department and were disqualified by the challenged written exam from 2015 to the present, and

- When they were disqualified, they met the minimum qualifications that were then in place.

To be eligible to become a priority hire, applicants must also meet the minimum qualifications that are now in place.

## How do I get an award?

If you believe you are eligible for an award and would like to get one, you must now submit an Interest-in-Relief Form. Submitting an Interest-in-Relief Form does not guarantee that you will receive an award, but you will not receive an award if you do not submit an Interest-in-Relief Form.

3

## If you want to be considered for an award, you must express your Interest in Relief by [date].

If you do not express your interest by this date, you will not be considered for an award, unless you have a very good reason for submitting your form late.

## To express your Interest in Relief, you must complete the form found here: [link].

If you want to get an award but you cannot access the form online at the link above, you may contact [the Claims Administrator] at [contact information], who will provide you with a copy of the form that you can send in through email or mail.

By submitting an Interest-in-Relief Form, you authorize the Claims Administrator to share your Form with the United States, Durham, and the Court.

## What happens next?

The United States Department of Justice, which filed the lawsuit, will decide if you are eligible for an award. You will get a letter explaining the United States' decision, letting you know what amount of money you are entitled to and whether you are entitled to participate in the priority hiring process. If you disagree with the decision, you will have a chance to object. The letter explaining the United States' decision will also explain how to object if you disagree with the decision. The Court will make the final decision about whether you will get an award, and if so, what amount of money you will get.

## It is important to keep us informed of your contact information.

If your address, phone number, or email address change, you must let us know at [contact information].

4

# Appendix D

# Interest-in-Relief Form

## Please provide your name and contact information.

| | |
|---|---|
| First Name | _____ |
| Last Name | _____ |
| Address | _____ |
| City | _____ |
| State | _____ |
| Zip | _____ |
| Telephone | _____ |
| Email | _____ |

## What kind of award do you want?

Monetary awards are meant to make up for some of the pay that was lost by not getting hired as a Firefighter.

Priority hiring awards are a chance to be hired as a Firefighter, with retroactive seniority and a hiring bonus.

Getting a priority hiring award does not guarantee that you will be hired as a priority hire Firefighter. To get hired as a priority hire Firefighter, you must meet all the same requirements every other Firefighter does—in other words, you will still have to pass every step in the hiring process, including the new written test that Durham is establishing under the settlement. Also, you will not have to accept a priority hire position if one is offered to you.

1

☐      I want both a monetary award and a priority hiring award.

☐      I only want a monetary award.

☐      I only want a priority hiring award.

## We need more information.

What is your date of birth?              _____

Are you African American or Black?

        ☐     Yes
        ☐     No

Are you a citizen or permanent resident of the United States?

        ☐     Yes
        ☐     No

Did you graduate from high school or the equivalent?

        ☐     Yes
              If yes, when did you graduate? _____
        ☐     No
              If no, do you expect that you will graduate from high school or the equivalent within the next two years?
                  ☐     Yes
                  ☐     No

Do you have a valid driver's license?

        ☐     Yes
              If yes, when did you obtain a driver's license? _____
        ☐     No
              If no, are you eligible to obtain a valid driver's license within the next two years?
                  ☐     Yes

2

☐ No

Are you able to speak and write in English?

☐ Yes
☐ No

Have you ever been convicted of driving under the influence of drugs or alcohol?

☐ Yes
If yes, when were you convicted? _____
☐ No

Have you ever been convicted of a felony?

☐ Yes
☐ No

Are you willing to obtain all vaccinations necessary to secure certification as an Emergency Medical Technician ("EMT")?

The vaccinations currently required are: Measles (2 doses or positive titer); Mumps (2 doses or positive titer); Rubella (2 doses or positive titer); Varicella (2 doses or positive titer); Tetanus/Diptheria; Hepatitis B (HBV) series or Heplisav- B (2 doses, 4 weeks apart); Influenza (annual, fall); Tuberculosis screening.

☐ Yes
☐ No

# Are you represented by an attorney?

You do not need to be represented by an attorney to get a monetary or priority hiring award. If you are represented by an attorney, we will communicate with you through your attorney.

☐ No, I am not represented by an attorney.

☐ Yes, I am represented by an attorney.

3

If you are represented by an attorney, please provide your attorney's name and contact information.

First Name    _____

Last Name    _____

Address      _____

City         _____

State        _____

Zip          _____

Telephone    _____

Email        _____


**I certify that the foregoing is true and correct to the best of my knowledge.**

Signature    _____

Date         _____


**For your Interest-in-Relief Form to be considered, it must be submitted by [date]. Submit your form:**

Online at: [link]

By mail to: [address]

Or by email to: [address]

4

# Appendix E

*United States vs. City of Durham, North Carolina*, Civil Action No. [case number]
United States District Court for the Middle District of North Carolina

# Notice of Individual Relief Determination and Fairness Hearing on Individual Relief

*A Court approved this notice. This is <u>not</u> an advertisement from a lawyer.*

On [date], the Court approved a settlement that resolved *United States vs. City of Durham, North Carolina*, Civil Action No. [case number]. Under the settlement, Durham agreed to provide monetary awards and priority hiring awards to affected African-American applicants who had the opportunity to become Firefighters if Durham had not used the written test challenged in the lawsuit.

You submitted an Interest-in-Relief Form saying you want an award. The United States Department of Justice, who brought the lawsuit, made a preliminary decision about your eligibility for an award, which is described below.

Before awards can be made, the Court must first approve the awards. The United States and Durham believe that the awards are fair, reasonable, and adequate. If you disagree and do not want the Court to approve the awards without change, you may object by following the instructions below. The Court will consider all objections before deciding whether to approve the awards.

---

**The United States made a preliminary decision about your eligibility for an award. See below.**

**If you do not want the Court to approve your award without change, you may object by [date] here: [link]**

Read this notice carefully, as your rights may be affected.

You can learn more here: [website]

---

1

## Am I entitled to an award?

Based on your Interest-in-Relief Form, the United States Department of Justice has made a preliminary decision that:

## You are [not] eligible for a monetary award [of about $_____].

> [If eligible]
> Required taxes and other amounts that are required by law to be withheld will be taken out of your award. The amount of your award must also be approved by the Court.
>
> [If not eligible]
> The reason you are not eligible for a monetary award is that [_____.]

## You are [not] eligible for a priority hiring award.

> [If eligible]
> Just because you are eligible for a priority hiring award does not guarantee that you will be hired as a priority hire Firefighter. To get hired as a priority hire Firefighter, you must meet all the same requirements every other Firefighter does—in other words, you will still have to pass every step in the hiring process, including the new written test Durham is establishing under the settlement. Your priority hiring award must also be approved by the Court.
>
> [If not eligible]
> The reason you are not eligible for a priority hiring award is that [_____.]

## How do I accept my award?

If you want to accept your award, you do not need to do anything at this time. After the Court approves the awards, you will get another notice and be able to accept your award at that time. If you are eligible for a priority hiring award, after the Court approves the awards, you will get a letter from Durham explaining how to get hired as a priority hire.

2

## Can I object to my award? How?

You have the right to object to the above preliminary decision about your eligibility for an award. You may object if you do not want the Court to approve your award without change because you believe that the award is unfair, unreasonable, inadequate, unlawful, a product of collusion, or against the public interest.

You do not need to object in order to get an award. You do not need to do anything at this time if you want the Court to approve your award.

### If you want to object to your award, you must do so by [date].

> If you do not object by this date, you may not have another chance to object to the award in the future.

### To object, you must complete the form found here: [link].

> If you want to object but you cannot access the form online at the link above, you may contact [the Claims Administrator] at [contact information], who will provide you with a copy of the form that you can send in through email or mail.

By submitting an objection, you authorize the Claims Administrator to share your objection with the United States, Durham, and the Court.

## What happens next?

The Court will hold a Fairness Hearing on Individual Relief on [date] at [time and location]. At the hearing, the Court will consider whether to approve your award.

You do not need to attend the Fairness Hearing, but you can if you like. If you object, the Court will consider your objection even if you do not attend the Fairness Hearing. If you like, you may state your objection in person at the Fairness Hearing.

If the Court approves your award, you will be notified and given the chance to accept it.

3

## It is important to keep us informed of your contact information.

If your address, phone number, or email address change, you must let us know at [contact information].

4

# Appendix F

# Objection to Preliminary Determination on Individual Relief

**Do you want to object to the United States' preliminary determination on individual relief you are eligible for under this settlement?**

☐ Yes, I object. I believe that the individual relief the United States has determined I am eligible for is unfair, unreasonable, or inadequate and I do not want the court to approve the award without change.

　　If you choose yes, you must complete the rest of this form.

☐ No, I do not object. I have no problem with the court approving the award without change.

　　If you choose no, you do not need to submit this form. If you are interested in accepting the individual relief you are eligible for, you will have a chance to submit a different form later on to accept it. You only need to submit this objection form if you believe your individual relief award is unfair, unreasonable, or inadequate and you do not want the court to approve the award without change.

**Please provide your name and contact information.**

First Name　　_____

Last Name　　_____

Address　　_____

City　　_____

State　　_____

1

Zip            _____

Telephone    _____

Email          _____

## What is your objection to the individual relief you are eligible for?

Please explain why you believe that your individual relief award is unfair, unreasonable, or inadequate, or why you do not want the court to approve it without change.

_____

_____

_____

_____

_____

_____

If you need more space, you may attach a separate sheet. You may also attach additional documents.

## Do you want to state your objection in person before the Judge at the Fairness Hearing?

There will be a Fairness Hearing held on [date] at [time and location], where the Judge will consider all objections to individual relief. You do not need to speak in person at the Fairness Hearing—the Judge will consider your written objection either way—but if you would also like to state your objection in person, you can do that at the hearing.

☐     No, I do not want to state my objection in person at the Fairness Hearing, I just want the Judge to consider my objection as written on this form.

2

☐     Yes, I want to state my objection in person at the Fairness Hearing.

## Are you represented by an attorney?

You do not need to be represented by an attorney to object to the individual relief you are entitled to or to accept a monetary or priority hiring award. If you are represented by an attorney, we will communicate with you through your attorney.

☐     No, I am not represented by an attorney.

☐     Yes, I am represented by an attorney.

If you are represented by an attorney, please provide your attorney's name and contact information.

| | |
|---|---|
| First Name | _____ |
| Last Name | _____ |
| Address | _____ |
| City | _____ |
| State | _____ |
| Zip | _____ |
| Telephone | _____ |
| Email | _____ |

## I certify that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| Signature | _____ |
| Date | _____ |

3

**For your objection to be considered, it must be submitted by <u>[date]</u>. Submit your objection form:**

      Online at: [link]

      By mail to: [address]

      Or by email to: [address]

4

# Appendix G

*United States vs. City of Durham, North Carolina*, Civil Action No. [case number]
United States District Court for the Middle District of North Carolina

# Notice of Individual Relief Award

*A Court approved this notice. This is <u>not</u> an advertisement from a lawyer.*

On [date], the Court approved a settlement that resolved *United States vs. City of Durham, North Carolina*, Civil Action No. [case number]. Under the settlement, Durham agreed to provide monetary awards and priority hiring awards to affected African-American applicants who had the opportunity to become Firefighters if Durham had not used the written test challenged in the lawsuit.

You submitted an Interest-in-Relief Form saying you want an award. On [date], the Court made a final decision about your eligibility for an award, which is described below.

If you want to accept your award, you must now submit an Acceptance of Individual Relief Award and Release of Claims Form and required tax forms.

> **The Court made a final decision about your eligibility for an award. See below.**
>
> **If you want to accept your award, you must submit an Acceptance of Individual Relief Award and Release of Claims Form and required tax forms by [date] here: [link]**
>
> Read this notice carefully, as your rights may be affected.
>
> You can learn more here: [website]

1

## Am I entitled to an award?

The Court has made a final decision that:

## You are [not] eligible for a monetary award [of about $_____].

[If eligible]
Required taxes and other amounts that are required by law to be withheld will be taken out of your award.

[If not eligible]
The reason you are not eligible for a monetary award is that [_____.]

## You are [not] eligible for a priority hiring award.

[If eligible]
Just because you are eligible for a priority hiring award does not guarantee that you will be hired as a priority hire Firefighter. To get hired as a priority hire Firefighter, you must meet all the same requirements every other Firefighter does—in other words, you will still have to pass every step in the new hiring process Durham is establishing under the settlement in this case.

[If not eligible]
The reason you are not eligible for a priority hiring award is that [_____.]

## How do I accept my award?

If you want to accept your award, you must now submit an Acceptance of Individual Relief Award and Release of Claims Form and required tax forms.

## If you want to accept your award, you must do so by [date].

If you do not accept by this date, you will not receive an award, unless you have a very good reason for submitting your form late.

2

**To accept your award, you must complete the form found here: [link].**

> If you want to accept your award but you cannot access the form online at the link above, you may contact [the Claims Administrator] at [contact information], who will provide you with a copy of the form that you can send in through email or mail.

By submitting an Acceptance of Individual Relief Award and Release of Claims Form and required tax forms, you authorize the Claims Administrator to share your form with the United States and Durham.

## What happens next?

If you are eligible for a monetary award and you accept it, a check will be mailed to you by [date].

If you are eligible for a priority hiring award and you accept it, you will get a letter from Durham explaining how to participate in the hiring process in order to be eligible for consideration to get hired as a priority hire. At least thirty (30) days before the hiring process will begin, you will be invited to take the first step in the hiring process Durham is establishing under the settlement in this case.

**It is important to keep us informed of your contact information.**

> If your address, phone number, or email address change, you must let us know at [contact information].

3

# Appendix H

*United States vs. City of Durham, North Carolina*, Civil Action No. [case number]
United States District Court for the Middle District of North Carolina

# Acceptance of Individual Relief Award and Release of Claims

**You are being offered:**

[If eligible for a monetary award]
**a monetary award of $_____, less required withholdings**

[If eligible for both a monetary award and a priority hiring award]
**and**

[If eligible for a priority hiring award]
**a priority hiring award**

**To accept the award, you must submit this form by [date].**

[If eligible for a monetary award]
**In accepting this monetary award, I understand that:**

- I must complete and submit the tax withholding forms that are attached to this form in order to receive my monetary award.

- My award will be reduced to make the appropriate withholdings for federal and state income taxes, FICA, Medicare, and any other amounts required to be withheld by law, such as child support wage withholdings.

- I may have to pay any additional employee-side state income taxes that I may owe if I live in a state other than North Carolina.

1

- If I have any questions about taxes I may owe as a result of receiving this award, I should consult with a tax professional at my own expense.

[If eligible for a priority hiring award]

## In accepting this priority hiring award, I understand that:

- Durham will consider me for one (1) of sixteen (16) priority hire spots available.

- I may not be offered a position as a priority hire Firefighter just because I accept this priority hiring award.

- Durham will send me more information explaining how I can get hired as a priority hire Firefighter.

- If I am hired as a priority hire Firefighter, I will get retroactive seniority with a presumptive hire date of _____ once I graduate the training academy.

  - This presumptive hire date will be used to determine my regular rate of pay (and any other types of pay calculated based on the regular rate), accrual rate for vacation leave, layoffs/reductions in work force, and recall from layoffs/reduction in work force.

  - This presumptive hire date will not be used for purposes of scheduling leave, or to satisfy any applicable probationary periods or any time-in-grade minimums required to be eligible for promotion or training opportunities.

- If I am hired as a priority hire Firefighter, I will get a hiring bonus in lieu of pension credits in the amount of _____, payable

  [if less than $7,500]
  ten (10) months after graduation from the training academy

  [if more than $7,500]
  in two lump sums: first for $7,500, ten (10) months after graduation from the training academy; and second for the remainder, six (6) months after the first payment.

2

**In consideration for this award:**

I fully and finally release the City of Durham, North Carolina, and all prior and current elected and appointed officials thereof, and their employees, agents, attorneys, successors, and assigns from all legal and equitable claims based on alleged disparate impact discrimination on the basis of race with respect to the hiring of African-American applicants into the position of entry-level Firefighter in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., that were, or could have been, the subject of the above-named lawsuit, of which I am aware, or through the exercise of reasonable diligence could have been aware. The release of claims contained herein is not conditioned on my receipt of any other relief under the Consent Decree.

**Do you accept the award?**

☐     Yes
☐     No

By signing, I certify that I have read and understand this form, and I sign of my own free act and deed.

Signature        _____

Date             _____

**To accept your award, this form must be submitted by [date].**
**Submit your form:**

Online at: [link]

By mail to: [address]

Or by email to: [address]

3