UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>    Defendant. | Case No. 24-cv-838 |

## ORDER

Upon consideration of the Joint Motion for Provisional Approval and Entry of Consent Decree filed by Plaintiff United States of America and Defendant City of Durham, North Carolina, and subject to final decision based on any objections, the Court finds that the terms of the proposed Consent Decree are fair, adequate, reasonable, and are not illegal, a product of collusion, or against the public interest. Therefore, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and the Consent Decree is **PROVISIONALLY ENTERED**; and it is further

**ORDERED** that the Fairness Hearing on the Terms of the Consent Decree is scheduled to be held on _____, 2025 at _____; and it is further

**ORDERED** that all case management deadlines are stayed pending the Court's determination, at or after the Fairness Hearing on the Terms of the Consent Decree,

whether to enter the Consent Decree as a Final Order.

So **ORDERED** this _____ day of October, 2024.

_____
United States District Judge