# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DURHAM, NORTH CAROLINA, <br><br> Defendant. | No. 1:24-CV-838 |

## NOTICE OF APPEARANCE

NOW COMES the United States of America, by and through its attorney, Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and gives notice to this Honorable Court of the appearance of Rebecca A. Mayer, Assistant United States Attorney, as attorney for the United States in the above-captioned matter. Please serve the undersigned with all future electronic or manual filings.

This the 7th day of October, 2024.

                                                Respectfully submitted,

                                                SANDRA J. HAIRSTON
                                                United States Attorney

                                                */s/ Rebecca Mayer*
                                                Rebecca A. Mayer, TX Bar # 24092376
                                                Assistant U.S. Attorney
                                                101 South Edgeworth Street, 4th Floor
                                                Greensboro, North Carolina 27401
                                                (336) 333-5351
                                                rebecca.mayer@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Rebecca A. Mayer*
Rebecca A. Mayer
Assistant U.S. Attorney