UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>Defendant. | Case No. 1:24-cv-838 |

## NOTICE OF APPEARANCE

Notice is given that Robert Rich, Senior Trial Attorney, Employment Litigation Section, Civil Rights Division, United States Department of Justice, will appear as counsel for Plaintiff United States in the above-captioned case.

Dated: October 8, 2024

Respectfully submitted,

/s/ Robert Rich
ROBERT RICH
(DC Bar No. 1016908)
Senior Trial Attorney
Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 598-9898
Robert.Rich@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Robert Rich