UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:24-CV-838

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF DURHAM, NORTH CAROLINA, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anne Marie Tosco, Senior Assistant City Attorney, hereby gives notice of and enters her appearance in the above-captioned action on behalf of Defendant. The undersigned respectfully requests that her name be added to the CM/ECF system with respect to this action, and that copies of all motions, pleadings, affidavits, notices, orders, and other documents/papers filed or served in this action be transmitted to her.

This the 8th day of October, 2024.

                                        OFFICE OF THE CITY ATTORNEY

                                        By: */s/ Anne Marie Tosco*
                                              Anne Marie Tosco (N.C.S.B.#48118)
                                              Senior Assistant City Attorney
                                              101 City Hall Plaza, 2nd Floor
                                              Durham, NC 27701
                                              Telephone: (919) 560-4158
                                              Fax: (919) 560-4660
                                              E-Mail: AnneMarie.Tosco@durhamnc.gov

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant to Rule 5 of the Federal Rules of Civil Procedure and LR5.3 and LR5.4, EDNC, the foregoing pleading, motion, affidavit, notice, or other document/paper has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered user of record, to each of whom the NEF will be transmitted, except that, with respect to the following parties, a copy is being transmitted via first class mail to the address listed below:

Kristen Clarke, Assistant Attorney General
Civil Rights Division

Karen D. Woodard, Chief
Employment Litigation Section

Clare Gellar, Deputy Chief
Employment Litigation Section

Emily Given
Emily.Given@usdoj.gov
Robert Rich
Robert.Rich@usdoj.gov
Sr. Trial Attorneys, Civil Rights Division
950 Pennsylvania Ave., NW
Washington, DC 20530
*Counsel for Plaintiff United States of America*

Sandra J. Hairston, US Attorney
Middle District of North Carolina

Lynne Klauer, Chief Civil Division
Middle District of North Carolina

Rebecca A. Mayer
Assistant U.S. Attorney
Middle District of North Carolina
101 South Edgeworth Street, 4th Floor
Greensboro, NC  27401
Rebecca.Mayer@usdoj.gov

This the 8th day of October, 2024.

OFFICE OF THE CITY ATTORNEY

By: */s/ Anne Marie Tosco* (N.C.S.B.#48118)
Senior Assistant City Attorney
E-Mail: AnneMarie.Tosco@durhamnc.gov
*Attorney for Defendant*