# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.

CITY OF DURHAM, NORTH CAROLINA

Case Number: 1:24CV838

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

PLACE: Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC
COURTROOM NO: 2
DATE & TIME: December 16, 2024-10:00 a.m.
PROCEEDING: Hearing on Joint Motion for Provisional Approval and Entry of Consent Decree

---

John S. Brubaker, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: November 25, 2024

TO: All Counsel and/or Parties of Record