# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

CITY OF DURHAM, NORTH
CAROLINA,

          Defendant.

Case No. 1:24-cv-838

## JOINT MOTION TO STAY ALL CASE MANAGEMENT DEADLINES

Plaintiff United States of America and Defendant City of Durham, North Carolina respectfully move the Court to stay all applicable case management deadlines pending the Court's resolution of the Parties' Joint Motion for Provisional Approval and Entry of Consent Decree, Dkt. No. 2.[1] In support of this Motion, the Parties state as follows:

1. On October 7, 2024, the United States filed a Complaint commencing this action, together with the Joint Motion for Provisional Approval and Entry of Consent Decree and the Parties' executed Consent Decree. *See* Dkt. Nos. 1–3.

2. On December 16, 2024, the Court held a Motion Hearing at which it directed the Parties to submit supplemental briefing "to address the application, or not, of *Ricci* and if *Ricci* does apply, why there is a strong basis in evidence." Dec. 16, 2024 Minute Entry. That briefing is due on January 15, 2025.

---

[1] The Parties do not request that the Court stay or extend any deadline related to the supplemental briefing that is due on January 15, 2025.

3. Under Federal Rule of Civil Procedure 4(m), the United States has until January 6, 2025 to serve the Summons and Complaint on the City of Durham. To conserve the Parties' resources, the United States has not yet served the City by "delivering a copy of the summons and of the complaint to its chief executive officer," as required when serving a state or local government. Fed. R. Civ. P. 4(j)(2).

4. To further conserve the Court's and the Parties' resources, the Parties request that the Court stay all applicable case management deadlines pending the Court's resolution of the Joint Motion for Provisional Approval and Entry following the submission of supplemental briefing. *See Seneca Ins. Co., Inc. v. Fayetteville Cross Creek, LLC*, 528 F. Supp. 3d 397, 403 (M.D.N.C. 2021) (noting that the Court "has the inherent power to stay proceedings to achieve equity and to ensure the efficient management of its docket") (internal quotation marks and citations omitted).

For the foregoing reasons, the Parties respectfully request that the Court grant their Motion and stay all applicable case management deadlines, including the United States' deadline to serve the Summons and Complaint on the City of Durham, pending the Court's resolution of the Joint Motion for Provisional Approval and Entry of Consent Decree. A proposed order is attached.

Dated: December 19, 2024

Respectfully submitted,

2

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

SANDRA J. HAIRSTON
United States Attorney
Middle District of North Carolina

KAREN D. WOODARD
Chief
Employment Litigation Section

LYNNE KLAUER
Chief, Civil Division
Middle District of North Carolina

CLARE GELLER
Deputy Chief
Employment Litigation Section

*/s/ Robert Rich*
EMILY GIVEN
NY Bar No. 5420211
ROBERT RICH
DC Bar No. 1016908
Senior Trial Attorneys
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 532-5696
(202) 598-9898
Emily.Given@usdoj.gov
Robert.Rich@usdoj.gov

*/s/ Rebecca A. Mayer*
REBECCA A. MAYER
TX Bar No. 24092376
Assistant United States Attorney
Middle District of North Carolina
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336) 333-5351
rebecca.mayer@usdoj.gov

**FOR DEFENDANT CITY OF DURHAM, NORTH CAROLINA:**

KIMBERLY M. REHBERG
Durham City Attorney

*/s/ Sofia Hernandez*
Sofia Hernandez, NC Bar No. 46583
Deputy City Attorney
Office of the City Attorney
101 City Hall Plaza, Suite 2200
Durham, North Carolina   27701
Telephone: (919) 560-4158
Facsimile: (919) 560-4660

*/s/ Anne Marie Tosco*
Anne Marie Tosco, NC Bar No. 48118
Senior Assistant City Attorney
Office of the City Attorney
101 City Hall Plaza, Suite 2200
Durham, North Carolina  27701
Telephone: (919) 560-4158
Facsimile: (919) 560-4660

3

sofia.hernandez@durhamnc.gov     annemarie.tosco@durhamnc.gov

/s/ Sarah Laws
Sarah Laws, NC Bar No. 57971
Associate City Attorney
Office of the City Attorney
101 City Hall Plaza, Suite 2200
Durham, North Carolina  27701
Telephone: (919) 560-4158
Facsimile: (919) 560-4660
sarah.laws@durhamnc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed the foregoing

Joint Motion to Stay All Case Management Deadlines using the Court's CM/ECF system,

which will send notification of such filing to all counsel of record.

*/s/ Robert Rich*