UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DURHAM, NORTH CAROLINA, <br><br> Defendant. | Case No. 1:24-cv-838 |

**ORDER**

Upon consideration of the Joint Motion to Stay All Case Management Deadlines, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that all case management deadlines, including the United States' deadline to serve the Summons and Complaint on the City of Durham, are stayed pending the Court's resolution of the Parties' Joint Motion for Provisional Approval and Entry of Consent Decree.

So **ORDERED** this _____ day of December, 2024.

_____
THOMAS D. SCHROEDER
United States District Judge