IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24CV838 |
| | ) | |
| CITY OF DURHAM, NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter came before the court on Joint Motion to Stay All Case Management Deadlines. (Doc. 10.) For good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED and that all case management deadlines, including the United States' deadline to serve the Summons and Complaint on the City of Durham, are stayed pending the court's resolution of the Parties' Joint Motion for Provisional Approval and Entry of Consent Decree.

/s/   Thomas D. Schroeder
United States District Judge

December 20, 2024