UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>    Defendant. | Case No. 1:24-cv-00838-TDS-JEP |

**MOTION TO EXCEED WORD LIMITATION**

    Plaintiff United States of America ("United States") respectfully requests that the Court increase the word limit applicable under Local Rule 7.3(d)(1) for the brief that the Court requested regarding the applicability of *Ricci v. Destefano*, 557 U.S. 557 (2009). *See* Court's Minute Entry (Dec. 16, 2024). Although the United States is endeavoring to be as succinct as possible, in order to provide full briefing on this issue, the United States requires more than the 6,250 words permitted under Local Rule 7.3(d)(1). Thus, the United States requests that the Court increase the word limit for this brief to 9,000 words.

    The Defendant consents to the relief requested in this motion.

Dated: January 10, 2025

Respectfully submitted,

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

KAREN D. WOODARD
Chief
Employment Litigation Section

CLARE GELLER
Deputy Chief
Employment Litigation Section

<u>*/s/ Emily Given*</u>
EMILY GIVEN
NY Bar No. 5420211
ROBERT RICH
DC Bar No. 1016908
Senior Trial Attorneys
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 532-5696
(202) 598-9898
Emily.Given@usdoj.gov
Robert.Rich@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the foregoing motion using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

<em>/s/ Emily Given</em>