UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>    Defendant. | Case No. 1:24-cv-838-TDS-JEP |

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Exceed the Word Limitation, ECF No. 13, the motion is granted. The word limit for the brief that the Court requested regarding the applicability of *Ricci v. Destefano*, 557 U.S. 557 (2009), Court's Minute Entry (Dec. 16, 2014), is hereby increased to 9,000 words.

So **ORDERED** this _____ day of January, 2025.

_____
Thomas D. Schroeder
United States District Judge