# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br>v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>        *Defendant*. | Case No. 1:24-cv-00838 |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF AND PARTICIPATE IN ARGUMENT

 Before the Court is a motion filed by proposed amicus curiae the American Alliance for Equal Rights for leave to (1) file an amicus brief in opposition to the proposed consent decree and (2) participate in argument. Upon consideration of the motion and the proposed brief:

 It is hereby ORDERED that the Motion is GRANTED. The American Alliance for Equal Rights is granted leave to file its brief as amicus curiae, and the proposed amicus curiae brief attached to the motion shall be docketed. The Alliance is further granted leave to present argument at any future hearings, including any additional hearing on the proposed consent decree's preliminary approval and the ultimate fairness hearing.

Dated: _____, 2025

                   _____
                   Thomas D. Schroeder
                   United States District Judge
                   Middle District of North Carolina