# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>*Defendant*. | Case No. 1:24-cv-00838 |

## NOTICE OF APPEARANCE

The undersigned respectfully gives notice of his appearance in this proceeding on behalf of the American Alliance for Equal Rights as amicus curiae.

Date: January 14, 2025

Respectfully submitted,

*/s/ Gilbert C. Dickey*
Gilbert C. Dickey (NC Bar 58350)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com

*Counsel for Amicus Curiae*
*American Alliance for Equal Rights*

1

**PROOF OF SERVICE**

On January 14, 2025, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will email everyone requiring notice.

*/s/ Gilbert C. Dickey*
Counsel for AAER