UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

United States of America           )
                                   )
       Plaintiff(s),               )
                                   )   Case No.: 1:24-cv-00838
v.                                 )
                                   )
City of Durham, North Carolina     )
                                   )
       Defendant(s).               )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__American Alliance for Equal Rights__ who is __Amicus Curiae__,
(Name of Party)                                 (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ( ) Yes            (✔) No

2. Does party have any parent entities?

   ( ) Yes            (✔) No

   If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
   _____
   _____

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

    ( ) Yes      (✔) No

If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
_____
_____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes      (✔) No

If yes, identify all such owners: _____
_____
_____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes      (✔) No

If yes, identify entity and nature of interest: _____
_____
_____

6. <u>In all cases</u>, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of _____ and, in diversity cases, their states of citizenship:    (name of LLC or LP party)

| _____ | _____ |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |

2

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| /s/ Gilbert Dickey | January 14, 2025 |
|---|---|
| (Signature) | (Date) |

NC Bar 58350
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com

**PROOF OF SERVICE**

On January 14, 2025, I filed the foregoing Corporate Disclosure Statement using the Court's CM/ECF system, which will email everyone requiring notice.

*/s/ Gilbert C. Dickey*
Counsel for AAER
