IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>    Defendant. | 1:24-cv-838 |

### ORDER

Before the court is Plaintiff's Motion to Exceed the Word Limitation. (Doc. 13). The Defendant consents. For good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED. The word limit for the briefing the court requested regarding the applicability of Ricci v. Destefano, 557 U.S. 557 (2009), (Minute Entry Dec. 16, 2014), is increased to 9,000 words.

                                                /s/   Thomas D. Schroeder
                                             United States District Judge
January 15, 2025