```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24CV838 |
| | ) | |
| CITY OF DURHAM, NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before the court on the motion of American Alliance for Equal Rights for leave to (1) file an amicus brief in opposition to the proposed consent decree and (2) participate in argument. Upon consideration of the motion and the proposed brief,

IT IS HEREBY ORDERED that the motion is GRANTED in that American Alliance for Equal Rights is granted leave to file its brief as amicus curiae as a separate document forthwith. The court reserves decision on whether the Alliance shall be granted leave to present argument at any future hearing. See L.R. 7.5(f).

                                                   /s/   Thomas D. Schroeder
                                                   United States District Judge

January 15, 2025