Exhibit 2

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

         Plaintiff,

   v.

CITY OF DURHAM, NORTH
CAROLINA,

         Defendant.

Case No. 1:24-cv-838

## DECLARATION OF HAROLD W. GOLDSTEIN, PH.D.

I, Harold W. Goldstein, declare as follows:

1.      I am a tenured and Full Professor of Industrial and Organizational

Psychology at Baruch College, City University of New York, and have served as the

Director of the M.S. Program in Industrial and Organizational Psychology since 2000. I

teach graduate and undergraduate courses on employee selection, leadership, and

organizational psychology, among other subjects. I received my Ph.D. in Industrial and

Organizational Psychology from the University of Maryland in 1993. I have published

peer-reviewed articles on employee selection procedures and job analysis in the

following academic journals: *Journal of Applied Psychology*, *Personnel Psychology*,

*Educational and Psychological Measurement*, *Human Resource Management Review*,

*Industrial and Organizational Psychology*, and *Personnel Assessment and Decisions*. I

have also served on the editorial boards of the *Journal of Applied Psychology* and the

*Journal of Business and Psychology*. I have been retained by numerous private

organizations and governmental entities to consult with them on employment practices and selection devices, including, but not limited to, the U.S. Department of Justice (DOJ), the United Nations, the National Football League, AT&T, Merck, and Morgan Stanley. I have also performed consulting work specifically in the area of public safety with organizations that include, but are not limited to, the New York City Fire Department (FDNY), Alabama State Police, Arlington County Sheriff, and Prince George's County Police. A copy of my curriculum vitae is attached. I have been retained by the United States in the above-captioned lawsuit at the rate of $350 per hour.

2.      In May 2021, I was retained by DOJ to provide my expert opinion during the investigative stage of this case as it relates to a written examination for entry-level firefighters used by the Durham Fire Department (DFD), the Comprehensive Examination Battery (CEB), in its hiring selection process. Specifically, and as explained in further detail below, I have been asked to provide my expert opinion regarding the validity (i.e., job-relatedness and consistency with business necessity) of the CEB for entry-level firefighter positions at DFD.

## I.      Summary of Findings

3.      Using the data and information provided to me by DOJ,[1] I have thoroughly reviewed DFD's uses of the CEB, particularly in light of a validity report that was

---

[1] The analyses and findings discussed in this Declaration are based on the information and data that was provided to me in the course of the United States' investigation and since. If the case proceeds through discovery and I author an expert report, that report will describe the bases for the opinions contained therein, which may differ from or expand on those here depending on the evidence and data produced in discovery.

prepared by the CEB's test developer, Fire and Police Selection, Inc. (FPSI), titled "Content Validity Report for the Comprehensive Examination Battery (CEB) Test for Entry-Level Firefighters" (the Validity Report).

4.      As is explained further in Section V below, based on the data and information provided to me, including FPSI's Validity Report, I do not believe that there is sufficient evidence to establish that DFD's uses of the CEB are valid, or job related and consistent with business necessity. Among the most significant deficiencies with the validity evidence are the fact that Durham failed to follow FPSI's recommendations for how to score and use the test, that Durham failed to do any job analysis that could provide a basis for using the test in Durham in particular, and that the CEB is not representative of the firefighter job because it focuses on a narrow set of skills and abilities at the exclusion of others that were shown to be equally or more important.

## II.    DFD's Entry-Level Written Examination

5.      It is my understanding that, since 2015, to advance through DFD's entry-level hiring process, applicants must successfully complete the following steps: a physical agility test, the written test, an interview, a background check, a reference check, a medical examination, and a drug screening.

6.      The written test that DFD has administered to entry-level firefighter applicants since October 2015 is the Comprehensive Examination Battery (CEB). The CEB is a 100-item multiple-choice test that purports to measure five constructs: reading (15 questions), math (20 questions), writing (20 questions), map reading (15 questions), and interpersonal competency/human relations (30 questions).

3

7. It is my understanding that, from 2015 to 2017, the written test that DFD administered consisted of the five-section CEB as well as an additional short section at the end of the test, called "Reasoning Skills" or the Practical Skills Test (PST), also developed by FPSI. The PST section of the test was comprised of 28 multiple choice questions that purport to measure reasoning skills. Since 2019, the written test has not included the PST, and scores are determined entirely by the CEB. Regardless of whether the written test included the PST, applicants receive a single, percentage-based score and are not required to achieve a minimum score in any individual sections to pass.

8. Since DFD began using the CEB in 2015 and continuing to the present, it has used the test as a selection device in two relevant ways in its entry-level hiring process. First, DFD has required all applicants to obtain a score of 70% or higher on the written test in order to pass and be eligible for an interview and has disqualified all applicants with a lower score. Second, DFD has ranked applicants eligible for an interview in the order of their numerical scores on the written test, and in years where there were fewer interview slots available than there were applicants eligible to interview, DFD interviewed applicants in rank order. Applicants whose written test score resulted in a rank that was not reached before all interview slots were filled were disqualified.

III. **Evaluating the Validity of a Selection Device**

9. There are a number of professionally recognized approaches within the discipline of industrial and organizational psychology that are used to evaluate the validity of a selection device. These standards for validity can be found in, among other places, *Principles for the Validation and Use of Personnel Selection Procedures* (Society

4

for Industrial and Organizational Psychology, 2003), *Standards for Educational and Psychological Testing* (American Educational Research Association, American Psychological Association, and National Council on Measurement in Education, 1999), and *Uniform Guidelines on Employee Selection Procedures* (Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, and Department of Justice, 1978).

10.     For a selection device like the CEB, the term "validity" describes the extent to which an applicant's (sometimes called a "candidate") performance on a test can be used to predict their eventual performance on the job for which they have applied. Therefore, if there is no demonstration that a test is valid, there is no professionally acceptable way to determine what, if anything, scores on the test tell you about how candidates will perform on the job.

11.     It is important to understand that validity is not an inherent characteristic of the test itself; it is in how the test is used. That is, validity evidence could show support for using the test to predict performance in one job but not another job. Furthermore, validity evidence could show support for using the test in one particular way but not as much support for using it in another way (e.g., using the test with a cutoff score versus using the test in a rank order manner to make selections). Therefore, it is very important when evaluating the validity evidence to understand what job the test is being used to make hiring decisions for and how the test will be used when making those decisions.

12.     There are different professionally accepted strategies for collecting evidence to support the validity of a test. The *Uniform Guidelines* (specifically, 29 C.F.R.

5

§ 1607.14, "Technical standards for validity studies") reference three types of validity studies that, depending on the circumstances, are acceptable for documenting a selection device's validity: criterion-related validity studies, content validity studies, or construct validity studies.

13.    ████████████████████████████████████████████████████
████████████████████████████████

14.    Showing that a test is valid under a content validity approach consists of a multi-step analysis and requires, at a minimum, that the test developer conduct a job analysis and identify what tasks employees actually perform on the job; identify the knowledge, skills, abilities, and personal characteristics (KSAPCs) that are necessary to perform those tasks; and link the identified KSAPCs to the identified tasks.

15.    In other words, content validity focuses on establishing a relationship between the content of the exam and the content of the job. This approach involves gathering evidence to evaluate whether a test can be viewed as "mapping onto," and calling for an applicant to demonstrate the same behaviors that are important to performing the job. The Uniform Guidelines state that "a selection procedure can be supported by a content validity strategy to the extent that it is a representative sample of the content of the job" (29 C.F.R. Part 1607.14(C)(1)). This is echoed in the *Principles*: "the acceptability of the claim of content validity of the selection procedure rests on the extent to which elements of the selection procedure match elements of the job content domain" (p. 23). Thus, to have a high level of content validity, a selection exam should capture skills and abilities that constitute most of the important aspects of the job.

6

16.     Given this central focus on understanding how the test measures the important aspects of the job, the foundation for any acceptable content validity process is a thorough job analysis. A job analysis is "a purposeful, systematic process for collecting information on the important work-related aspects of a job" (Gatewood, Field, & Barrick, 2016, p. 47). A job analysis is a formal study of the job to gather information such as what tasks a worker will perform on a job and what capabilities the worker needs to successfully perform these tasks. Because content validity requires establishing a clear link between "the content of the test" and "the content of the job," it is critical to perform a rigorous job analysis so that you truly possess an in-depth understanding of "the content of the job." Both the *Uniform Guidelines* and the *Principles* have stressed the criticality of a job analysis for developing and validating selection procedures. When it comes to content validity these standards have focused on the central role of the job analysis and include specifics on what must be done and how the information needs to be documented. As noted by Gatewood, Feild, and Barrick (2016), "a carefully performed job analysis is the foundation of any content validity study" (p. 291).

## IV.    FPSI's Validity Report

17.     █████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████

███████

7

18. ████████████████████████████████

████████████████████████████████████

██████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

███████████████████████████

19. ███████████████████████████████

███████████████████████████████

████████████████████████████████

██████████████████████████████

████████████████████████████████

██████████████████████████████

████████████████████████████████████

█████████████████████████████

█████████████████████████████

████████████████████████████████

███████

20. ███████████████████████████

████████████████████████████████

███████████████████████████





███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████[2]

21.   ██████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████

22.   ███████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████

---

[2] ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████



23.

## V. DFD's Uses of the CEB Are Not Supported by Content Validity.

    **a.**     **There was no job analysis performed for the entry-level firefighter job in Durham, which calls into question whether any real evidence exists to support the validity of the CEB for use by the DFD.**

24.     As described above, when relying on a content validity strategy, a job

10

analysis should be the starting point for the process. This means in the current case that it was critical to conduct a job analysis for the entry-level firefighter job in Durham, North Carolina. Based on my review of the materials provided to me from DOJ, <u>no job analysis was conducted</u> on the entry-level firefighter job in Durham, North Carolina. This is a major concern and calls into question whether any real evidence is provided to support the validity of the CEB for use by the DFD.

25.    Neither Durham, DFD, nor FPSI attempted to demonstrate that the test could be appropriately transported to Durham and administered by its fire department through what industrial and organizational psychologists call a transportability study. A transportability study or analysis is particularly important to ensure the degree of overlap between two jobs. As discussed in the *Principles*, transportability is a strategy for generalizing evidence of validity by demonstrating important similarities between different work settings to infer that validation evidence for a selection procedure accumulated in one work setting generalizes to another work setting. A critical way to do this is to use job analysis to compare the settings and determine if they overlap when it comes to tasks performed and capabilities required.

26.    Using job analysis comparisons to perform a transportability study is critical to do because fire departments in different jurisdictions can differ substantially in terms of what KSAPCs are important for job performance. The fact is that how the job is performed, what equipment is used, how personnel are trained, how they are organized and operate, and other key aspects of the job and the environment within which the job is performed may differ. Moreover, the relative importance of KSAPCs can differ

11

substantially from one fire department to another. Given this, a formal transportability study comparing the jobs is critical and required.

27.     For example, the group of experts that I worked with on the development of the FDNY test conducted a comprehensive job analysis and, with the results, we developed a list of critical KSAPCs for the FDNY firefighter position. ████████████ ████████████████ was not on the list of critical KSAPCs for FDNY firefighters. *See* Exhibit 6 to the United States' Brief (FDNY Firefighter Test Development and Validation Report (FDNY Validation Report), *United States and Vulcan Society, Inc. et al. v. City of New York*, 07-cv-2067 (E.D.N.Y. Sept. 24, 2012), ECF No. 976-1) at 25-27, Table 3.

28.     In the absence of a transportability study to ensure that the CEB ██ ███████████████████ is appropriate for use in Durham by DFD, in my professional opinion there is insufficient evidence to support DFD's uses of the CEB for its entry-level firefighter position.

**b.     Even if the DFD firefighter job was sufficiently similar to the ████ firefighter job to justify transporting existing validity evidence, which is unclear, the CEB does not measure a representative sample of the skills and abilities that constitute most of the important aspects of the job.**

29.     ████████████████████████████████

████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████

██████████████████████████████

30.     In my experience, test developers, myself included, have found reliable ways to use written tests and/or written tests augmented with simple technology (e.g., video or audio stimuli) to measure, or test for, ██████████████████████ ████████████████ Test developers use all types of techniques such as written situational judgment tests and written biodata and personality assessments to measure KSAPCs such as ██████████████████████████████ ██████████████████████████ Similarly, a critical KSAPC such as ███████████████████████ can and has been easily included on written selection devices for public safety hiring by augmenting it with simple audio and video stimuli.

31.     For instance, back in the early 1990s, the first entry-level police tests that I was involved in designing used simple audio and video stimuli to present information to candidates who then responded to written questions about the information that they saw and heard. We were able to test thousands of candidates at a time using this approach.

32.     In another example on the FDNY test described above, candidates watch a video of someone stating instructions, and then they answer questions on those instructions. *See* Ex. 6 (FDNY Validation Report) at 36–37. The test therefore measures ████████████████████████████, which is extremely critical for successful performance as an entry-level firefighter, given that, at a fire scene, firefighters must ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████ This ability could be readily measured using written tests augmented with simple audio and verbal stimuli.

13

33.    Similarly, ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████ are

both generally important to the job of entry-level firefighter and capable of being

measured on an entry-level hiring test. Indeed, the FDNY test measures some of these as

well. *Id.* at 39.

34.    ████████████████████████████████████████████████

the bottom line is that the CEB is narrowly focused and therefore doesn't capture the

fuller range of important capabilities that determine success as a firefighter. This has a

negative impact on the ██████ validity of the test because the range of capabilities tested

is restricted ██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

In other words, the test is narrow in scope which negatively impacts the ██████ validity

of the test.

35.    Further, ████████████████████████████████████████

the CEB is more focused on measuring the less important and less frequently used

capabilities than on the more important and more frequently used capabilities. This

imbalance will result in a test with less ██████ validity because it is not properly

reflecting what the job analysis says about which capabilities are most important and

most frequently used.

14

36.     Because the CEB measures only a narrow part of the entry-level firefighter job while failing to measure other meaningful aspects of the job, it likely excludes otherwise qualified applicants who could satisfactorily perform those meaningful job functions that the test does not measure. To put this another way, relying on the results of such a narrow, unrepresentative set of KSAPCs in creating a selection device to hire entry-level firefighters would be analogous to assembling a baseball team roster by selecting players exclusively on the basis of their speed and base-stealing ability without regard to their ability to hit, throw, or field their position, among other important attributes that would not be measured.  Even if it could be argued that these other important attributes were measured later in the selection process by other tests (e.g., the interview, background check), because the CEB was used as an initial hurdle, many of the candidates with these other critical skills will already have been eliminated. In summary, a process designed this way will not lead to identifying the hires who are fully capable of performing the job. In other words, the process lacks validity because it doesn't properly ensure that people who perform well on the test will perform well on the range of skills actually required by the firefighter job.

37.     Further, Durham did not produce any validity evidence whatsoever for the "Reasoning Skills" section of the test it used in 2015-17. Given this, there is no professionally acceptable indication that that section of the test is valid, and no evidence that any purported validity of that section of the test could render the rest of the test valid.

**c.     The validity report is outdated.**

38.     FPSI's Validity Report is also outdated. FPSI generated the Validity Report

15

in 2007, ██████████████████████████████████████████

39.     At a minimum, FPSI should have at least revisited its job analysis to determine if the entry-level firefighter job has changed since 2007. Jobs change over time in terms of how they are performed, the types of equipment used, the technology implemented, how persons are trained to perform the job, etc. Given this, it is critical to have an up to date (and relevant) job analysis so that you are not focused on measuring capabilities that are no longer essential because the tasks of the job have evolved and changed.

40.     Most industrial and organizational psychologists agree that a job analysis should be conducted every five years to account for the evolving characteristics of what would constitute successful performance on the job. If and when the job analysis shows that the job has changed, then additional steps in the validation of the selection device should be undertaken.

41.     Further, my understanding of the CEB is that the same pool of █ multiple-choice items has been in use since 2007, making it likely that study guides and other materials containing actual test questions from the CEB have circulated and are compromising its integrity. To the extent this is true, it will reduce the validity as well as the fairness of the exam.

**d.     The lack of demographic representation in FPSI's process for developing the CEB is problematic.**

42.     Another key concern is the lack of demographic representation when it came to development of the CEB. That is, the lack of minority representation (i.e.,

16

Blacks) across all phases of test development, ███████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████ is very concerning.

43.     It is important that participants and SMEs provide a diverse perspective in test design and development, and having diverse participants can help ensure that a sensitivity lens is applied to the test development process to make sure that the design of the test, the choice of items, and the wording and structure of the items do not contain contaminants that negatively impact candidates based on their race.

44.     In my professional opinion, there is insufficient evidence to show that FPSI took sufficient steps to ensure that these considerations were taken into account.

**e.     Durham did not follow FPSI's recommendations for how to score and use the CEB.**

45.     DFD is also using the CEB in ways that contravene the express recommendations for its use in the FPSI Validity Report. ████████████████████

████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

17

██████ As stated above, validity is based on how a test is used. It is concerning that DFD is using the test in a manner that the test developer FPSI doesn't recommend.

46. ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████. Nothing in the FPSI Validity Report, and nothing else I have reviewed in the data and information provided to me, ████████████████████████████████████ support DFD's establishment of a 70% cutoff score. In other words, there is no evidence that this cutoff score distinguishes those candidates who can successfully perform the job from those who cannot.

47. To the extent that DFD relied on rationales other than those recommended by FPSI in setting its cutoff score, that can further compromise the validity of a selection device's use. For example, neither reliance on a state policy, such as the North Carolina Fire and Rescue Commission's Certification Board Policy and Procedure's Manual, nor a given cutoff score's purported predictive capacity for measuring whether an applicant would also be likely to pass an Emergency Medical Technician (EMT) examination in the academy, is sufficient, by itself, to establish a cutoff score's validity. Nothing I have reviewed in the data and information provided me suggest that either of these rationales would be sufficient to support the validity of DFD's establishment of a 70% cutoff score.

48. In particular, I have been provided and reviewed only one single document suggesting that Durham analyzed whether CEB scores were correlated with, and

18

therefore predictive of, scores on the EMT test firefighter candidates must pass to graduate from the training academy. As a preliminary matter, the content of this document makes clear that it refers to an analysis that was done after 2020—at least five years *after* DFD began using a 70% cutoff score. Further, the document concludes that 70% was *not* the minimum score that would predict EMT success. Finally, and crucially, the document describes a methodology for evaluating this correlation that is too flawed to support any conclusion about what CEB score is minimally required. In particular, the study examined a far too limited population of scores to establish the necessary links:  It examined the scores of only individuals who had passed the CEB, and passed the EMT test, who voluntarily reported their EMT scores, and who still worked at DFD when the analysis was performed. Such a study is insufficient to establish that individuals who fail the CEB are likely to fail the EMT test. Finally, the analysis examined the magnitude of the difference between scores on the CEB and EMT tests respectively. This is not the methodology that would be professionally accepted for making this kind of assessment—rather, I would have expected a professional analysis of this data to include a regression analysis trying to project one cutscore to the other. ████████████████████

████████████████████████████████████████

VI.     **Conclusion**

49.     In evaluating the CEB, my conclusions have been informed both by FPSI's Validity Report and my analysis of DFD's uses of the CEB in its entry-level hiring process, as both sources of information are necessary to determine whether a given selection device is job related and consistent with business necessity.

19

50.     In my professional experience, the fact that a written test is supported by a ██████ validity report from a professional test developer does not, by itself, ensure that the test is valid in its uses by a specific employer during a given hiring cycle. As explained above, the ██████ validity of a given selection device can be affected by, among other things, the age of the underlying data upon which a test developer relied in validating the device as well as the extent to which it is appropriate for transportability to another jurisdiction that did not develop the test itself and may have many salient geographical and operational features that distinguish it from an agency or geographical location where a test was developed and may require further refinement or tailoring of the test.

51.     In sum, it is my opinion that Durham lacks sufficient evidence to establish that its uses of the CEB are supported by ██████ validity, and therefore that these uses are job related and consistent with business necessity. Because Durham did not conduct a job analysis, it is impossible to know if a valid test would have focused on different KSAPCs than the ████████████████████████████████ And even if a job analysis had shown that the DFD and ████ firefighter jobs were substantially the same, the CEB still covered only a small portion of the KSAPCs important to the ████ firefighter job. Individuals with low scores on the CEB may have scored much higher on a test that better represented the KSAPCs important to the job. As such, the CEB may well have eliminated many qualified applicants from consideration for employment in DFD's firefighter position.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2025 _____

Harold W. Goldstein

21

# Harold W. Goldstein, Ph.D.

**University Office Address**                     **Consulting Address**
Department of Psychology                          Siena Consulting
Baruch College Box B8-215                         208 Bullock Drive
One Bernard Baruch Way                            Princeton, NJ 08540
New York, NY 10010                                Cell: (609) 658-6528
Office: (646) 312-3820                            Fax: (609) 935-0528
harold.goldstein@baruch.cuny.edu                  hgoldstein@sienaconsulting.com

## Education

| | | | |
|---|---|---|---|
| University of Maryland, College Park | I/O Psychology | 1993 | Ph.D. |
| University of Maryland, College Park | I/O Psychology | 1991 | M.A. |
| University of Michigan, Ann Arbor | Psychology-Honors | 1987 | B.A. |

## Employment History

| | | |
|---|---|---|
| Baruch College, Psychology Dept | Professor | 1/2017 – present |
| Baruch College, Psychology Dept | Associate Professor | 1/2003 – 12/2016 |
| Baruch College, Psychology Dept | Assistant Professor | 9/1997 – 12/2002 |
| NYU, Psychology Dept | Visiting Assistant Professor | 9/1995 – 8/1997 |
| BGSU, Psychology Dept | Assistant Professor | 9/1992 – 8/1995 |

## Professional Appointments, Positions, Memberships, and Awards

Positions:
Director of MS I/O Psychology Program, Baruch College - CUNY (9/2000 – present)

Journals:
Journal of Business and Psychology Editorial Board (1/2009 – present)
Journal of Applied Psychology Editorial Board (1/2002 – 12/2007)
Ad Hoc Reviewer for Journal of Applied Psychology, Personnel Psychology, Journal of Applied
Social Psychology, and Law and Human Behavior

Memberships:
Society of Industrial/Organizational Psychology (SIOP)
Academy of Management (AOM)
American Psychological Association (APA)

Awards:
SIOP Fellow 2024
IPAC 2011, 2017, and 2023 Award recipient for Innovations in Testing
SIOP M. Scott Myers Award 2011 and 2021 recipient for Applied Research in the Workplace
SIOP/SHRM HR Impact Award 2021 for evidence-based HR initiative

<u>Consulting Experience</u>

| | | |
|---|---|---|
| Siena Consulting | Principal | 1/1995 – present |
| Independent Consulting | Consultant | 9/1993 – 12/1994 |

Experience with a wide array of clients from both the private and public sectors across numerous industries such as manufacturing, telecommunications, financial services, pharmaceutical, and high tech. Project consulting experience also includes work with public safety and government agencies. In addition, has served as an expert witness for entities that include the Department of Justice and the Lawyers' Committee for Civil Rights.

*Clients include:*

| | |
|---|---|
| Morgan Stanley | Federal Bureau of Investigation |
| National Football League | United States Department of Defense |
| SC Johnson | United States Department of Agriculture |
| Merck | United States Department of Justice |
| AT&T | Jefferson County Government |
| Ford | FDNY |
| Sacramento Kings | Chicago Public Schools |
| Los Angeles Rams | NYC Department of Education |
| Giant Eagle | Alabama State Police |
| UBS | Pennsylvania State Police |
| ST Micro | City of Dayton Police and Fire |
| Hewlett Packard | City of Akron Fire |
| Bank of America/Merrill Lynch | Pennsylvania Power & Light |
| University of Nebraska Athletics | United Nations |
| JP Morgan Chase | Arlington County Sheriff |
| Visteon | Lutron |

*Projects include:*

Competency Modeling
Organizational Culture Diagnosis
Culture to Performance Linkage Analyses
Organizational Change Initiatives
Organizational Survey and HR Audits
Training and Development Programs
Managerial Coaching & Development Planning
Entry-level and Promotional Staffing Exams
Validation Studies and Legal Expert Witness
Structured Behavioral Interviewing
Managerial Assessment Centers
Performance Appraisal Systems
Expert Witness and Legal Work

<u>Teaching Experience</u>

- Personnel Selection (Undergraduate, Masters/MBA, Executive MS/MBA, Doctoral level)
- Leadership (Undergraduate, Masters/MBA, Executive MS/MBA, Doctoral level)
- Training and Development (Doctoral level)
- Personnel Psychology (Masters/MBA, Doctoral level)
- Organizational Psychology (Masters/MBA, Doctoral level)
- Introduction to I/O Psychology (Undergraduate, Masters, Doctoral level)
- Social Psychology (Masters level)
- Introduction to Psychology (Undergraduate level)

<u>Publications</u>

Larson, E., Goldstein, H., Thomas, A., Yusko, K., & Scherbaum, C. (2024). Talent management in elite sports: Assessing, selecting, and developing talent in the NFL using an I-O lens. In R. Jacobs & D. Reynolds (Eds.) *Turning science into practice: Case studies in I-O psychology*. Oxford University Press.

Goldstein, H., Yusko, K., Scherbaum, C., & Larson, E. C. (2023). Reducing black–white racial differences on intelligence tests used in hiring for public safety jobs. *Journal of Intelligence*, *11*(4), https://doi.org/10.3390/jintelligence11040062.

Scherbaum, C., Goldstein, H., Yusko, K., Larson, E. C., Kato, A., Patel, K., & Cheban, Y. (2023). Advances in cognitive ability assessment to mitigate group differences. In T. Kantrowitz, J. Scott, & D. Reynolds (Eds.), *Talent assessment innovations and trends*. Oxford University Press.

Chou, V. P., Omansky, R., Scherbaum, C. A., Yusko, K. P., & Goldstein, H. W. (2019). The use of specific cognitive abilities in the workplace. In D. McFarland (Ed.), *General and Specific Abilities*. Newcastle upon Tyne, UK: Cambridge Scholars Publishing.

Yusko, K., Aiken, J., Goldstein, H., Scherbaum, C. & Larson, E. (2019). Solving the "Quarterback Problem": Using Psychological Assessment to Improve Selection Decisions in Professional Sports. In R.R. Sims and S.K. Bias (Eds.) *Human Resources Management Issues, Challenges and Trends: "Now and Around the Corner"*. Information Age Publishing.

Larson, E., Yusko, K., Scherbaum, C., Goldstein, H., Aiken, J., and Oliver, L. (2018). Modernizing intelligence in the workplace: Recent developments in theory and measurement in intelligence at work. In V. Zeigler and T. Shackelford (Eds.), *The Sage Handbook of Personality and Individual Differences* (568-587). Thousand Oaks, CA: Sage Publications.

Scherbaum, C., Dickson, M., Larson, E., Bellenger, B., Yusko, K., & Goldstein, H. (2018). Creating Test Score Bands for Assessments Involving Ratings using a Generalizability Theory Approach to Reliability Estimation. *Personnel and Assessment Decisions*, *4*(1), 1 – 8.

Goldstein, H., Pulakos, E., Passmore, J., & Semedo, C. (2017). *The Wiley-Blackwell Handbook of the Psychology of Recruitment, Selection, and Employee Retention.* Hoboken, NJ: John

Wiley & Sons.

Scherbaum, C., Goldstein, H., Ryan, R., Agnello, P., Yusko, K., & Hanges, P. (2015). New Developments in Intelligence Theory and Assessment: Implications for Personnel Selection. In J. Oostrom & I. Nikolaou's (Eds.) *Employee Recruitment, Selection, and Assessment. Contemporary Issues for Theory and Practice* (99-116). London: Psychology Press-Taylor & Francis.

Reeve, C. Scherbaum, C., & Goldstein, H. (2015). Manifestations of intelligence: Expanding the measurement space to reconsider specific cognitive abilities. *Human Resource Management Review, 25,* 28-37.

Scherbaum, C. & Goldstein, H. (2015). Introduction to special issue. *Human Resource Management Review, 25,* 1-3.

Sabet, J., Scherbaum, C., & Goldstein, H. (2013). Examining the potential of neuropsychological intelligence tests for predicting academic performance and reducing racial/ethnic test scores differences. In F. Metzger's (Ed.) *Neuropsychology: New Research* (pp. 1-24). New York: Nova Publishers.

Hanges, P.J., Scherbaum, C.A., Goldstein, H.W., Ryan, R., & Yusko, K.P. (2012). I/O psychology and intelligence: A starting point established. *Industrial and Organizational Psychology: Perspectives on Science and Practice*, *5*(2), 189-195.

Scherbaum, C. A., Goldstein, H. W., Yusko, K. P., Ryan, R., & Hanges, P. J. (2012). Intelligence 2.0: Reestablishing a research program on *g* in I-O Psychology. *Industrial and Organizational Psychology: Perspectives on Science and Practice, 5*(2), 128-148.

Naidoo, L. J., Scherbaum, C. A., Goldstein, H. W., & Graen, G. B. (2011). A longitudinal examination of the effects of LMX, ability, and differentiation on team performance. *Journal of Business and Psychology*, *26*(3), 347-357.

Goldstein, H. W., Scherbaum, C. A., & Yusko, K. P. (2009). Revisiting *g*: Intelligence, adverse impact, and personnel selection. In J. L. Outtz (Ed.), *Adverse impact: Implications for organizational staffing and high stakes selection.* New York: Taylor & Francis.

Yusko, K. P., Goldstein, H. W., & Fabrizio, S. B. (2008/09; 2009/10). *The management of human capital: Essential practices for law offices*. Eagan, MN: West Publishing.

Naidoo, L.J., Scherbaum, C.A., & Goldstein, H.W. (2008). Examining the Relative Importance of Leader-Member Exchange on Group Performance Over Time. In G. B. Graen and J. A. Graen (Eds.), *Knowledge Driven Corporation: A Discontinuous Model. LMX Leadership: The Series* (Vol 5., pp 211-230). Charlotte, NC: Information Age Publishing Inc.

Scherbaum, C. A., & Goldstein, H. W. (2008). Examining the relationship between race-based differential item functioning and item difficulty. *Educational and Psychological Measurement*, *68*(4), 537-553.

Dickson, M. W., Resick, C. J., & Goldstein, H. W. (2008). Seeking explanations in people not in the results of their behavior: Twenty-plus years of the Attraction-Selection-Attrition

Model. In D. B. Smith (Ed.), *The people make the place.* Philadelphia, PA: Psychology Press.

Mayer, D. M., Nishii, L. H., Schneider, B., & Goldstein H. W. (2007). The precursor and products of fair climates: Group leader antecedents and employee attitudinal consequences. *Personnel Psychology*, *60*, 929-963.

Stelly, D. J., & Goldstein, H. W. (2007). Application of Content Validation Methods to Broader Constructs. In M. McPhail (Ed.) *Alternative Validation Strategies: Developing New and Leveraging Existing Validation Evidence*. San Francisco: Jossey-Bass.

Yusko, K. P., & Goldstein, H. W. (2007). Strategic Staffing: Talent Acquisition in the 21st Century. In R. Sims (Ed.), *Human Resource Management: Contemporary Issues, Challenges, and Opportunities*. Charlotte, NC: Information Age Publishing.

Goldstein, H. W. (2006). Banding. In S. Rogelberg (Ed.), *Encyclopedia of Industrial/Organizational Psychology.* Thousand Oaks, CA: Sage Publishing.

Goldstein, H. W. (2006). Race Norming. In S. Rogelberg (Ed.), *Encyclopedia of Industrial/Organizational Psychology.* Thousand Oaks, CA: Sage Publishing.

Goldstein, H. W., Zedeck, S., & Goldstein, I. L., (2002). *g*: Is that your final answer? *Human Performance*, *15*(1/2), 123-142.

Goldstein, H. W., Yusko, K. P., & Nicolopoulos, V. (2001). Exploring Black-White Subgroup Differences of Managerial Competencies. *Personnel Psychology*, *54*(4), 783-807.

Goldstein, H. W. (2001). Testing. In M. Warner (Ed.), *International Encyclopedia of Business and Management (2nd Edition)*. London: Thomson Learning.

Schneider, B., Smith, D. B., & Goldstein, H. W. (2000). Attraction-Selection-Attrition: Toward a person-environment psychology of organizations. In Walsh, Craik, & Price (Eds.), *Person-Environment Psychology (2nd Edition)* (pp. 61 – 86). Mahwah, NJ: Lawrence Erlbaum Associates.

Goldstein, H. W., Yusko, K. P., Braverman, E. P., Smith, D. B., & Chung, B. (1998). The role of cognitive ability in the subgroup differences and incremental validity of assessment center exercises. *Personnel Psychology*, *51*, 357-374.

Yusko, K. P., & Goldstein, H. W. (1997). Selecting and developing crisis leaders using competency-based simulations. *Journal of Contingencies and Crisis Management*, *5*(4), 216- 223.

Goldstein, H.W., & Yusko, K.P. (1997). Developing firm leaders at all levels. In K. P. Yusko, *Human Resource Systems for Law Firms* (pp. 195-224). New Jersey: Glasser Publications, Inc.

Schneider, B., Kristof, A., Goldstein, H.W., & Smith, D. B. (1997). What is this thing called fit? In N. Anderson & P. Herriot (Eds.), *International handbook of selection and assessment* (2nd edition) (pp. 393-412). London: Wiley.

Schneider, B., Goldstein, H.W. & Smith, D.B. (1995). The ASA framework: An update. *Personnel Psychology*, *48* (4), 747-773.

Schneider, B., Hanges, P.J., Goldstein, H.W. & Braverman, E.P. (1994). Do customer service perceptions generalize? The case of student and chair ratings of faculty effectiveness. *Journal of Applied Psychology*, *79* (5), 685-690.

Schneider, B., Taylor, S., Fleenor, J., Goldstein, H. W. & Smith, B. (1993). The issues of homogeneity within organizations. *Issues and Observations: Center for Creative Leadership*, *13* (4), 7-8.

Schneider, J., Goldstein, H.W., & Welsh, K. (1991). Implementing the vision. In Locke, E. A., Kirkpatrick, S., Wheeler, J., Niles, K., Goldstein, H. W., Schneider, J., Welsh, K., and Chah, D. O. (Eds.), *The essence of leadership* (pp. 63-100). New York: Lexington Books.

Goldstein, I.L., Braverman, E. P., & Goldstein, H. W. (1991). Needs assessment. In K. N. Wexley (Ed.), *Developing human resources* (pp. 35-75). Washington, D.C.: Bureau of National Affairs, Inc.

Goldstein, I.L., & Goldstein, H.W. (1990). Training as an approach for organizations to the challenges of human resource issues in the year 2000. *Journal of Organizational Change Management*, *3*, 30-43.

Smith, B. D., Davidson, R.A., Smith, D.L., Goldstein, H.W. & Perlstein, W. (1989). Sensation seeking and arousal: Effects of strong stimulation on electrodermal activation and memory task performance. *Personality and Individual Differences*, *10*, 671-679.

Conference Papers and Presentations

Yusko, K., Goldstein, H., Larson, E., & Scherbaum, C. (2024, July). *Talent management in elite sports organizations*. [Conference Presentation]. International Personnel Assessment Council Annual Conference, New Orleans, LA.

Bending, A., Malloy, C., Cheban-Gore, Y., Xue, Y., Scherbaum, C., Goldstein, H., Larson, E., Yusko, K. (2024, April). *National survey of entry-level state police officer hiring practices. In D. Chatterjee, R. Jacobs & B. Alge's (Chairs) Attracting, hiring, and retaining talent in 7 law enforcement.* [Conference Presentation]. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Yen, L.L. (Chair), Goldstein, H., David, J., Locklear, T., & Klein, A. (2024, April). *The Future of Corporate DEI Strategies and Programs in the Evolving DEI Landscape* [Panel Discussion]. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Bank, J. (Co-Chair), Chambers, B. (Co-Chair), Goldstein, H., Reynolds, D., Tippins, N., & Tsacoumis, S. (2024, April). *Driving Personal Growth through Professional Challenges - I/Os Share Their Stories* [Panel Discussion]. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Yusko, K., Goldstein, H., Larson, E., Scherbaum, C., & Ryan, R. (2023, July). *Innovations in Testing: The NFL Project* [Conference Presentation]. International Personnel Assessment Council Annual Conference, Washington, DC.

Yusko, K., Goldstein, B. P., Thomas, A., Busse, K., Goldstein, H., & Larson, E. C. (2023, April). *Reforming the police pipeline: A case study of IO best practices in police promotional testing* [Conference Presentation]. Society for Industrial and Organizational Psychology Annual Conference, Boston, MA.

Fernandez, J. (Chair), Dixon, R., Goldstein, H., Mayfield, D. L., Norris-Watts, C., Stehura, A., Burnett, C., & Freier, L. M. (2023, April). *Executive assessments of yesterday, today, & tomorrow: Will some things never change?* [Panel]. Society for Industrial and Organizational Psychology Annual Conference, Boston, MA, United States.

Goldstein, H., Yusko, K., & Larson, E. (2021, April). *Achieving diversity and validity using modern perspectives on assessing intelligence* [Conference Presentation]. Innovations in Testing Conference, Annual Meeting of the Association of Test Publishers, Online.

Valentine, A., Yusko, K., Larson, E. C., & Goldstein, H. (2021, April). *Impact of assessment-based global leadership program* [Conference Presentation]. Society for Industrial and Organizational Psychology Annual Conference, Online.

Goldstein, H., Yusko, K., Scherbaum, C., Larson, E., and Ryan, R. (2021, April). *Development and Implementation of the National Football League's Player Assessment Test. Selected for the 2021 Society of Industrial/Organizational Psychology's (SIOP) M. Scott Myers Award for applied research in the workplace* [Conference Presentation]. Society of Industrial/Organizational Psychology Annual Conference, Online.

Larson, E., & Goldstein, H. (2021, April). *The drive to learn: Developing talent in sports using I-O principles. In E. Heggestad's (Chair) Talent Management in Elite Sports: Using an I/O Lens* [Conference Presentation]. Society for Industrial and Organizational Psychology Annual Conference, Online.

Goldstein, H., Yusko, K., Scherbaum, C., & Larson, E. (2021, February). *Assessing and Developing Talent: Lessons Learned from the NFL Project* [Invited Talk]. Metropolitan New York Association for Applied Psychology, New York.

Kato, A., Wee, S., Lang, J., Goldstein, H., & Nye, C. (2020, April). *Translating Research on Specific Cognitive Abilities into Opportunities for Practice* [Panel]. Society for Industrial and Organizational Psychology Annual Conference, Austin, TX (Conference Cancelled).

Yusko, K., Goldstein, H., Scherbaum, C., & Larson, E. (2020, January). *The future of cognitive ability assessment* [Invited Talk]. U.S. Office of Personnel Management Task Force, Washington, DC.

Scherbaum, C., Goldstein, H., & Yusko, K. (2019, October). *Using Psychological Assessments to Predict Player Performance in the NFL* [Conference Presentation], SIOP Leading Edge Consortium, Atlanta, Georgia.

Dimitroff, T., Stamoulis, D., & Goldstein, H., (2019, October). *NFL General Manager's View on Assessment and Talent* [Panel], SIOP Leading Edge Consortium, Atlanta, Georgia.

Goldstein, H., Scherbaum, C., & Yusko, K., (2019, July). *Modern Perspectives on the Assessment of Intelligence* [Keynote Invited Talk], International Personnel Assessment Council Annual Conference, Minneapolis, MN.

Yusko, K., Goldstein, H., & Scherbaum, C., (2019, June). *Moneyball Plus: Predicting Player Performance Using Psychological Assessments in Sport*s [Conference Presentation], KPMG Sports Analytics World Series, Amsterdam.

Larson, E., Chou, V., Lee, P., Scherbaum, C., Freed, S., Pineault, L., Keval, N., Dickson, M., Aiken, J., & Goldstein, H. (2019, April). *Generalizability theory estimates of interview reliability* [Poster]. Society for Industrial and Organizational Psychology Annual Conference, National Harbor, MD.

Guzzo, R., Yusko, K., Goldstein, H., Scherbaum, C. A., Larson, E., Ryan, R., & Nalbantian, H. (2018, April). *Using assessment to predict success in sports: NFL case study and panel discussion* [Conference Presentation]. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Agnello, P., Scherbaum, C., Goldstein, H., & Yusko, K. (2018, April). *Reasoning with Pseudowords in a Cognitive Ability Context. In J. Cottrell (Chair), What's New in Adverse Impact? Exploring Theory, Techniques, Test Types, and Tools* [Conference Presentation]. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Kato, A. E., Scherbaum, C. A., Dickson, M. W., Crenshaw, J. L., Bellenger, B. L., Beckman, S., Goldstein, H. W., & Yusko, K. P. (2018, April). *Examining Agreement in Job Analysis Ratings of Cognitive and Non-Cognitive KSAOs* [Poster]. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Scherbaum, C., Oliver, L., Yusko, K., Goldstein, H., Agnello, P., Stahl, W., Bellenger, B., Crenshaw, J., Dawson, T., Dickson, M., Aiken, J., & Larson, E. (2018, April). *Using Job Component Validity to Hire Quickly and at Low Cost under a Consent Decree* [Poster]. Society for Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Jonson, J., Ortiz, S., Suzuki, L., Goldstein, H. W., Solano-Flores, G., & Camilli, G. (2018, April). *Diverse perspectives on critical fairness issues in testing* [Conference Presentation]. National Council on Measurement in Education Annual Meeting. New York, NY.

Goldstein, H. W. (2017). *Strategies for reducing subgroup differences on high stakes intelligence tests* [Invited Presentation]. Buros Institute Meeting on Fairness in Educational and Psychological Tests: Critical Issues and Methodological Solutions. Omaha, NE.

Goldstein, H. W. (2017). *From the extreme to the norm: Transferable learnings from challenging assessment situations* [Panel Discussion]. International Personnel Assessment Council Annual Conference. Birmingham, AL.

Scherbaum, C., Yusko, K., Goldstein, H.W., Dickson, M., Aiken, J., Oliver, L., Bellenger, B., Crenshaw, J., Dawson, T., Agnello, P., Larson, E., & Stahl, W. (2017). *Jefferson County Job Components Validity Study* [Conference Presentation]. International Personnel Assessment Council Annual Conference. Birmingham, AL.

Goldstein, H. W. (2017). *New Developments and Challenges in Cognitive Ability Assessment* [Panel]. International Personnel Assessment Council Annual Conference. Birmingham, AL.

Goldstein, H. W. (2017). *Transforming Organizations under HR-Focused Consent Decrees* [Panel]. International Personnel Assessment Council Annual Conference. Birmingham, AL.

Goldstein, H., Yusko, K., Scherbaum, C., Larson, E., & Ryan, R. (2017, April). Presenter on *Reducing Racial Differences on Intelligence Tests for Personnel Selection* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Orlando, FL.

Yusko, K., Scherbaum, C., & Goldstein, H. (2017, March). *NFL Player Assessment: Using Psychological Tests To Predict Player Performance In The NFL* [Conference Presentation]. MIT Sloan Sports Analytics Conference, Boston, MA.

Goldstein, H. &, Larson, E. (2016, April). *Diversity and IT Jobs: Alternatives for predicting the success of women* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Dickson, M., Goldstein, H., Klein, A., Lundquist, K., Oliver, L., and Yusko, K. (2016, April). *Implementing Deep Organizational Change in HR-Focused Consent Decree Situations* [Panel]. Society of Industrial and Organizational Psychology Annual Conference, Anaheim, CA.

Goldstein, H., (2015, December). *Solving the quarterback problem: Using intelligence tests to hire a diverse and talented workforce* [Invited Talk]. Columbia University, NY.

Goldstein, H. W. (2015, April). *Consulting in High Stakes Scenarios: Lessons Learned* [Panel Discussion]. Society for Industrial and Organizational Psychology Annual Conference, Philadelphia, PA.

Goldstein, H. W. (2015, February). *Legal Settlement Agreements to Drive Organizational Change* [Panel Presentation]. Impact Fund Annual Conference, Berkeley, CA.

Ryan, R., Rothstein, J., Goldstein, H., & Scherbaum, C. (2014, August*). Immigrant Status, Test Attitudes, and Cognitive Ability Test Performance* [Poster]. American Psychological Association Annual Conference, Washington, DC.

Sywulak, L. Oliveira, J., Rothstein, J., Scherbaum, C., & Goldstein, H. (2014, August*). The role of cognitive style in performance on Raven's* [Poster]. American Psychological Association Annual Conference, Washington, DC.

Keeney, J., Outtz, J., Tippins, N., Moomaw, M. Lundquist, K., Goldstein, H.W., Mehri, C. (2013, April). *Serving as an Expert Witness: Advice from the Trenches* [Panel]. Society

of Industrial and Organizational Psychology Annual Conference, Houston, TX.

Parson, C., Artistico, D., & Goldstein, H.W. (2013, April). *Ethical Climate, Self- Construal, and Unethical Decision Making* [Poster]. Society of Industrial and Organizational Psychology Annual Conference, Houston, TX.

Scherbaum, C.A., & Goldstein, H.W. (2012, August). *The evolution of cognitive ability testing: Getting past g* [Conference Presentation]. American Psychological Association Annual Conference, Orlando, FL.

Yusko, K.P., Goldstein, H.W., Scherbaum, C.A., & Hanges, P.J. (2012, April). *Siena Reasoning Test: Measuring intelligence with reduced adverse impact* [Conference Presentation]. Society for Industrial and Organizational Psychology Annual Conference, San Diego, CA.

Scherbaum, C. A., Hanges, P.J., Yusko, K.P., Goldstein, H.W., & Ryan, R. (2012, April). *The Spearman Hypothesis cannot explain all racial score differences* [Conference Presentation]. Society for Industrial and Organizational Psychology Annual Conference, San Diego, CA.

Sabet, F., Scherbaum, C.A., & Goldstein, H.W. (2012, April). *Examining Criterion-related Validity and Score Differences on Neuropsychological Intelligence Tests* [Poster]. Society for Industrial and Organizational Psychology Annual Conference, San Diego, CA.

Yusko, K. P., & Goldstein, H. W. (2011). *The Siena Reasoning Test: Innovations in Assessment* [Conference Presentation]. IPAC Annual Conference, Washington, DC.

Goldstein, H. W., Scherbaum, C. A., Yusko, K. P., Ryan, R., & Hanges, P. J. (2010). *Testing for cognitive ability with reduced adverse impact: Hiring in work organizations* [Conference Presentation]. ISIR Annual Conference, Alexandria, VA.

Outtz, J. L., Goldstein, H. W., Jacobs, R. R., Murphy, K. R., Newman, D. A., & Sackett, P. R. (2010). *Adverse impact: Implications for organizational staffing and high-stakes selection* [Panel]. Society of Industrial and Organizational Psychology Annual Conference, Atlanta, GA.

Saltz, J. L., Goldstein, H. W., Braverman, E. P., Conn, A. B., Fuller, J. A., Pulakos, E. D., & Welle, B. (2010). *From fantasy to reality: Talent management lessons from fantasy baseball* [Panel]. Society of Industrial and Organizational Psychology Annual Conference, Atlanta, GA.

Paullin, C. J., Yusko, K. P., Goldstein, H. W., Oliver, L. O., & Hanges, P. J. (2010). *Cognitive ability testing: Exploring new models, methods, statistical techniques* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Atlanta, GA.

Goldstein, H. W., Battista, M., Cappelli, P., Jerden, A. D., & Macey, W. H. (2010). *Shape of things to come: What is the new world of work?* [Panel]. Society of Industrial and Organizational Psychology Annual Conference, Atlanta, GA.

Dennis, M., Goldstein, H. W., Hurd, J., Paullin, C., Putka, D., & Yusko, K. P. (2009). *The next generation of cognitive ability tests – Predicting learning criteria, job knowledge, and on-the-job performance* [Conference Presentation]. IPAC Annual Conference, Nashville, TN.

Goldstein, H. W. (2009). *Unraveling ethnic differences in structured interviews* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, New Orleans, LA.

Naidoo, L. J., Scherbaum, C. A., Goldstein, H. W., & Graen, G. B. (2009). *A longitudinal examination of the effects of LMX, ability, and differentiation on team performance* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, New Orleans, LA.

Staniewicz, M. J., Goldstein, H. W., & Rentsch, J. R. (2009*). eLeadership and social internet experience on integrative virtual team tasks* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, New Orleans, LA.

Goldstein, H. W. (2009, March). *Building cognitive ability tests with reduced adverse impact* [Invited Talk]. Wayne State University, Detroit, MI.

Goldstein, H. W. (2008). *Building cognitive ability tests with reduced adverse impact* [Conference Presentation]. MAPAC Annual Conference, New York, NY.

Yusko, K. P., & Goldstein, H. W. (2008). *Testing for cognitive ability with reduced adverse impact* [Conference Presentation]. IPMAAC Annual Conference, Oakland, CA.

Ferreter, J. M., Goldstein, H. W., Scherbaum, C., A., Yusko, K.P., & Yun, H. (2008). *Examining adverse impact using a nontraditional cognitive assessment* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, San Francisco, CA.

Goldstein, H. W. (2007). *I/O Psychology and Helping Organizations* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, New York, NY.

Sipe, M., & Goldstein, H. W. (2006). *Black-White differences in reading comprehension: The measure matters* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Dallas, TX.

Nicolopoulos, V., & Goldstein, H. W. (2006). *National Culture Compatibility and Merger and Acquisition Performance* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Dallas, TX.

Scherbaum, C. A., Hayrapetyan, L., & Goldstein, H. W. (2006). *Examining the Relationship Between Differential Item Functioning and Item Difficulty* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Dallas, TX.

Outtz, J. L., Goldstein, H. W., Ferreter, J. (2005). *Divergent and convergent thinking: Test response format and adverse impact* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Los Angeles, CA.

Scherbaum, C., Yusko, K. P., Goldstein, H. W., & Kern, M. (2005). *Differential person functioning related to biodata attributes* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Los Angeles, CA.

Yusko, K. P., & Goldstein H. W. (2004). *A cognitive mapping approach to understanding choice of negotiation strategy* [Conference Presentation]. Academy of Management Annual Conference, New Orleans, LA.

Mayer, D., Nishii, L., Schneider, B., & Goldstein, H. W. (2004). *Creating a fair environment: The effect of leader personality on justice climate levels and outcomes* [Conference Presentation]. Academy of Management Annual Conference, New Orleans, LA.

Dickson, M. W., Hargis, M. B., Kuttnauer, D., Binning, J. F., Yusko, K., Rose, D. S., Brinkmeyer, K. R., Adorno, A. J., Goldstein, H. W. (2004). *Practicing I-O Psychology: There's No Business Like I-O Business* [Panel Discussion]. Society of Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Ruminson, K. C., & Goldstein, H. W. (2004). *Leadership strategic styles: Behavioral chameleons and situational engineers* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Ruminson, K. C., & Goldstein, H. W. (2004). *Adaptation and environmental mastery as approaches to leadership environments* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Dotan, O., Goldstein, H. W., Nishii, L., & Mayer, D. (2004). *Leader-Member exchange, group-level processes, and group performance* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Dotan, O., & Goldstein, H. W. (2004). *Leader-Member exchange (LMX) theory: Reintroducing the construct of differentiation* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Nishii, L., Mayer, D., Goldstein, H. W., & Dotan, O. (2004). *Diversity and bottom-line performance: The moderating role of leader-member exchanges* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Adorno, A., Binning, J., Brinkmeyer, K., Dickson, M., Goldstein, H., Hargis, M., Kuttnauer, D., Rose, D., Yusko, K. (2004). *Practicing I-O Psychology: There's no business like I-O business* [Panel]. Society of Industrial and Organizational Psychology Annual Conference, Chicago, IL.

Ruminson, K. C., Goldstein, H. W., Yusko, K. P., & Braverman, E. P. (2003). *Behavioral flexibility, proactive personality, and leadership style-environment congruence* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Orlando, FL.

Goldstein, H. W. (2003). *Revisiting assumptions: Validity, adverse impact, and personnel selection* [Invited Talk]. Psychology Department, University of Maryland, College Park, MD.

Goldstein, H. W., & Lefkowitz, J. (2002). *Surviving a Title VII Inquiry* [Invited Talk]. MAPAC Annual Meeting, New York, NY.

Goldstein, H. W., Ruminson, K. C., & Yusko, K. P. (2002). *Breaking homogeneity in work organizations* [Conference Presentation]. Academy of Management Annual Conference, Denver, CO.

Goldstein, H. W. (2002). *Reducing Black-White differences on selection tests* [Invited Talk]. MAPAC Annual Meeting, Princeton, NJ.

Goldstein, H. W., Ruminson, K. C., & Yusko, K. P. (2002). *Test composite weighting: The impact on subgroup differences and validity* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Toronto, Canada.

Goldstein, H. W., & Dotan, O. (2002). *VDL: A leadership theory of work group level performance* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Toronto, Canada.

Goldstein, H. W. g: (2002). *Is this your final answer?* [Invited Talk]. METRO Meeting, New York, NY.

Ruminson, K. C., & Goldstein, H. W. (2001). *Achieving organizational change in an ASA framework* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Meeting, San Diego, CA.

Goldstein, H. W. (2000). *Selection instruments: Which predict best?* [Invited Keynote]. Personnel Testing Council Annual Meeting, Long Beach, CA.

Goldstein, H. W. (2000). *Selection instruments: Which predict best?* [Invited Keynote]. IPMAAC Annual Meeting, Washington, DC.

Goldstein, H. W., Ruminson, K. C., Smith, D. B., & Yusko, K. P. (2000). *The impact of test composite score weighting procedures on Black-White subgroup differences* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Meeting, New Orleans, LA.

Goldstein, H. W. (2000). *Out of sight, out of mind? Finishing the Ph.D. Long- distance* [Panel]. Society of Industrial and Organizational Psychology Annual Meeting, New Orleans, LA.

Yusko, K. P., & Goldstein, H. W. (2000). *Selecting the right consultant and keeping everyone happy* [Panel]. Society of Industrial and Organizational Psychology Annual Meeting, New Orleans, LA.

Goldstein, H. W. (2000). *Exploring Black-White Subgroup Differences in Selection* [Invited Talk]. Department of Psychology, New York University, New York, NY.

Goldstein, H. W. (1999). *Understanding Black-White Differences in Personnel Selection* [Invited Talk]. Teachers College, Columbia University, New York, NY.

Goldstein, H. W. (1999). *Selection instruments: Which predict best?* [Invited Talk]. MAPAC Annual Meeting, New York, NY.

Goldstein, H. W., Riley, Y., & Yusko, K. P. (1999). *Exploration of Black-White subgroup differences on interpersonal constructs* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Meeting, Atlanta, Georgia.

Goldstein, H. W., & Smith D. B. (1998). *Vertical dyadic linkage theory: A leadership theory of group performance* [Poster].  Society of Industrial and Organizational Psychology Annual Meeting, Dallas, TX.

Goldstein, H. W., Hoffman, M., & Yusko, K. P. (1997). *Crisis leadership: The role of follower efficacy perceptions* [Conference Presentation]. Academy of Management Annual Conference, Boston, MA.

Yusko, K.P. & Goldstein, H.W. (1997). *Building a high performance organization: A performance management approach* [Practitioner Forum].  Society of Industrial and Organizational Psychology Annual Conference, St. Louis, MO.


Smith, D.B. & Goldstein, H.W. (1996). *Personality, the ASA model, and Organizational Attraction* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, San Diego, California.

Goldstein, H.W., Yusko, K.P., & Braverman, E.P. (1996). *Why do subgroup differences vary based on the type of testing methods used?* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, San Diego, California.

Goldstein, H.W. (1995). *Debate: The bell curve and beyond, Chair: Harold W. Goldstein; Presenters: Linda S. Gottfredson, Milton D. Hakel, Edwin A. Locke, James L. Outtz* [Debate]. Society of Industrial and Organizational Psychology Annual Conference, Orlando, Florida.

Goldstein, H. W. (1994). *Framing of a crisis: Threat versus opportunity* [Conference Presentation]. New Avenues In Risk and Crisis Management Conference, Las Vegas, NV.

Schneider, B., Smith, D.B., & Goldstein, H.W. (1994). *The "Dark Side" of "Good Fit"* [Conference Presentation]. Academy of Management Annual Conference, Dallas, Texas.

Goldstein, H.W. (1994). *The Implications of VDL Theory for Work Unit Effectiveness* [Conference Presentation].  American Psychological Association Annual Conference, Los Angeles, CA.

Braverman, E.P., Brutus, S., & Goldstein, H.W. (1994). *Measuring self-efficacy: Where has all the variability gone?* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Nashville, Tennessee.

Goldstein, H.W. (1994). *Followers in a crisis: A person-environment perspective* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Nashville, Tennessee.

Goldstein, H.W. (1993). *Crisis leadership: Followers in a crisis* [Conference Presentation]. New Avenues In Risk and Crisis Management Conference, Las Vegas, NV.

Goldstein, H.W., Braverman, E.P., & Chung, B. (1993). *Selection tests: The effect of different testing methodologies on subgroup differences* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, San Francisco, CA.

Goldstein, H.W., Noonan, K., & Schneider, B. (1992). *Individual, contextual, and performance correlates of job analysis survey responses* [Conference Presentation]. Society of Industrial and Organizational Psychology Annual Conference, Montreal, Canada.

Research Grants

| | |
|---|---|
| 2009-10 | MERInstitute of the Graduate Management Admissions Council, Scherbaum, C., Goldstein, H. W., Rothstein, H., & Holowczak, R. Improving Graduate Business School Admissions: Supplementing the GMAT with Alternative Predictors, $100,000.00 |
| 2004 | Equipment Grant, Scherbaum, C., Goldstein, H. W., & Cohen-Charash, Y. Detecting response distortion in non-cognitive predictors of job performance, $5,450.00. |
| 2000 | PSC–CUNY, Goldstein, H. W., Understanding Black-White differences on selection tests, $5,625.00. |

Expert Witness Consultation

**Mary Lou Tilton v. Daniel Glickman, Secretary Department of Agriculture**. Report. Plaintiff. 1999.

**United States v. State of Alabama.** Provided advice and reviewed materials for Organization and Personnel Research, Inc., which was charged with evaluating new staffing procedures for state wide jobs. Defendant. 2001-02

**City of Erie, Pennsylvania, Police Department.** United States considering case based on adverse impact on entry-level physical agility test. Provided advice and reviewed materials for the U. S. Department of Justice. Plaintiff. 2001.

**United States v. State of Delaware et al., C.A. No. 01-020-RRM (D. Del.).** Served as expert witness for the U.S. Department of Justice on case involving the state police entry-level exam. Plaintiff. 2002-2003.

**Arthur L. Lewis et al., v. City of Chicago, No. 98 C 5596.** Served as expert witness for Chicago Lawyers' Committee for Civil Rights on case involving the fire department entry-level exam. Plaintiff. 2003-2004.

**City of New York Fire Department Case. USAO No. 2005V02001.** Providing advice to Department of Justice on physical abilities test. Plaintiff. 2006.

**NTEU and FDIC Arbitration, Case# 1276.** Providing advice to NTEU. Plaintiff. 2006-2007.

**United States v. Jefferson Co., et al., C.A. No. CV75-P-0666-S (N. D. AL.).** Served as expert for the U.S. Department of Justice on police promotion exams. Plaintiff. 2001 – 2008.

**Charles E. Dudley v. City of Macon, John Wood, et al. v. City of Macon, et al., C.A. No. 5:00-CV-515-3(DF).** Providing advice to Department of Justice on case. Plaintiff. 2006 - 2009.

**Armstrong v. Ford and Visteon. Case #: 3:01-cv-00012.** Agreed upon I/O consultant to evaluate HR practices for consent decree. Both Parties. 2005-2007.

**Easterling v. State of Connecticut Department of Correction. Civil Action No.3:08CV0826(JCH).** Served as expert for Easterling regarding Correction Officer physical ability test. Plaintiff. 2010.

**Vulcan Society v. City of New York. Memorandum & Order 07-cv-2067 (NGG) (RLM).** Representative expert for the Vulcan Society for development of the new firefighter selection test. Plaintiff. 2010 - Present.

**Calibuso v. Bank of America, et al, Case No: 2:10-CV-01413(PKC)(AKT).** Agreed upon I/O consultant to conduct a study of FA teaming within U.S. Wealth Management for the purpose of generating recommendations to facilitate improved teaming arrangements for women FAs. Both parties. 2014 – 2016.

**Jaffe v. Morgan Stanley Smith Barney (Formerly Jaffe v. Morgan Stanley). Case No. C-06-3903 (THE).** Agreed upon I/O consultant to evaluate and implement programmatic change throughout organization. Both parties. 2010 – 2017.

**Morgan Stanley Smith Barney Consolidated Agreement (Formerly Amochaev v. Citigroup Global Markets-Smith Barney and Augst-Johnson v. Morgan Stanley). Case No. 1:06-cv-01142 (RWR) and Case No. C-05-1298 PJH (N.D. Cal).** Agreed upon I/O consultant to evaluate and implement programmatic change throughout organization. Both parties. 2008 - 2017.

**United States of America v. City of Buffalo, et al., W.D.N.Y. 74-cv-195C.** Consultant for the Lawyers' Committee for Civil Rights Under Law to provide expert recommendations on a promotional selection process. Plaintiff. 2018.

**Richardson et al. v. City of New York. 17-CV-9447 (JPO).** Consultant and expert on compensation and performance management systems. Plaintiff. 2019 – 2021.

**Simpson et al. v. Cook County Sheriff Department, Case No. 18 C 553.** Consultant and expert on selection systems. Plaintiff. 2019 - Present.

**Chalmers, et al. v. City of New York. Case No. 1:20-cv-03389-AT.** Consultant and expert on compensation and performance management system. Plaintiff. 2019 – Present.

**Hispanic National Law Enforcement Association, United Black Police Officers Association**

**et al. v. Prince George's County et al., Civil Action No. TDC-18-3 821.** Court-appointed expert charged to review existing promotional processes and provide recommendations for modifications to reduce adverse impact and improve job relatedness. Neutral. 2021-2022.

**Pappas, et al. v. District of Columbia, et al. Civil Action No. 19-2800 (RC)**
Plaintiff. Conducted an analysis of job similarity for job re-assignment. Plaintiff. 2021 – Present.

**United States v. City of Cleveland Fire Department.** Advising the United Stated Department of Justice on their investigation of the entry-level and promotional selection procedures. Plaintiff. 2021-2023.

**United States v. City of Fayetteville Fire Department.** Advising the United Stated Department of Justice on their investigation of the entry-level selection procedures. Plaintiff. 2021-2022.

**United States v. Charles County, MD Sheriff's Office.** Advising the United Stated Department of Justice on their investigation of the entry-level selection procedures. Plaintiff. 2021-2023.

**Myers v. County of Nassau, Nassau County Civil Service Commission, and Nassau County Police Department Docket No. 22-cv-7023.** Reviewed entry-level selection procedures and provided advice to plaintiff's lawyers. Plaintiff. 2023 – Present.

**United States v. City of Durham Department.** Advising the United Stated Department of Justice on their investigation of the entry-level selection procedures. Plaintiff. 2021-Present.