Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LUBBOCK, TEXAS, | ) | Civil Action No: 5:15-CV-234-C |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION FOR
## FINAL ENTRY OF THE CONSENT DECREE

Upon consideration of Plaintiff United States of America and Defendant City of Lubbock's Joint Motion for Final Entry of the Consent Decree, and after having conducted a Fairness Hearing on the Terms of the Consent Decree on November 14, 2016, the Court concludes that the Consent Decree, Dkt. 19-1, is fair, lawful, and reasonable.

It is hereby **ORDERED** that the Joint Motion for Final Entry of the Consent Decree is **GRANTED**, and that the Consent Decree is **APPROVED AND ENTERED**.

Date: November 14, 2016.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE