Exhibit 7

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BALTIMORE COUNTY, MARYLAND,

        Defendant.

Civil Action No. 1:19-CV-02465-CCB

**AMENDED SETTLEMENT AGREEMENT**

1

## TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | BACKGROUND AND STIPULATIONS | 4 |
| | A. Police Officer and Police Cadet Selection Process | 5 |
| | B. The Police Officer and Cadet Written Exam | 6 |
| II. | DEFINITIONS | 8 |
| III. | PURPOSES OF THE SETTLEMENT AGREEMENT | 10 |
| IV. | FAIRNESS HEARING ON THE TERMS OF THE SETTLEMENT AGREEMENT | 11 |
| | A. Provisional Entry of this Agreement | 11 |
| | B. Claims Administrator | 11 |
| | C. Notice of Settlement to Applicants | 12 |
| | D. Notice of Settlement to Other Interested Persons & Organizations | 14 |
| | E. Objections to Entry of the Settlement Agreement | 16 |
| | F. Final Entry of the Settlement Agreement | 17 |
| V. | GENERAL INJUNCTIVE RELIEF | 18 |
| | A. Injunctions | 18 |
| | B. Settlement Agreement Compliance Officer | 19 |
| | C. Interim Selection Process | 19 |
| | D. Development and Use of The Lawful New Selection Device | 22 |
| VI. | INDIVIDUAL RELIEF | 29 |
| | A. Two Forms of Individual Relief | 29 |
| | B. Institution and Deposits into a Settlement Fund | 29 |
| | C. Notice of Entry of Settlement Agreement to Applicants | 30 |
| | D. Submission of Interest-in-Relief Forms by Potentially Eligible Applicants | 31 |
| | E. Determination of Claimants' Eligibility for Individual Relief | 32 |
| | F. Back Pay Relief | 33 |
| | G. Priority Hiring Relief | 34 |
| | H. Proposed Individual Relief Awards List | 34 |
| VII. | FAIRNESS HEARING ON INDIVIDUAL RELIEF | 35 |
| | A. Filing of Proposed Individual Relief Awards Lists with the Court | 35 |
| | B. Fairness Hearing on Individual Relief | 35 |
| | C. Notice of Preliminary Eligibility Determinations to Claimants | 35 |
| | D. Objecting to Individual Relief Determinations | 36 |
| | E. Filing Objections to Individual Relief | 37 |
| | F. Amendment to Preliminary Individual Relief Awards List | 38 |
| | G. Approval of Final Individual Relief Awards List | 38 |
| VIII. | EXECUTION OF INDIVIDUAL RELIEF | 39 |
| | A. Notice of Individual Relief Awards and Acceptance and Release | 39 |
| | B. Acceptance of Individual Relief | 40 |
| | C. Issuance of Back Pay Award Checks by County | 43 |
| | D. Priority Hiring Relief | 46 |
| | i. Selection Process | 48 |
| | ii. Offer of Priority Hire | 49 |
| | iii. Retroactive Seniority to Claimants Hired | 51 |
| | iv. Hiring Bonus for Claimants Hired | 52 |

    v. Vacation Benefits for Claimants Hired ............................................................. 53
    vi. County's Reports to the United States on Claimants Hired ......................... 54
 E. Confidentiality of Individual Relief............................................................................ 55
IX. **RECORD KEEPING AND COMPLIANCE MONITORING** .................................... 55
X. **DISPUTE RESOLUTION** ............................................................................................. 57
XI. **DURATION OF THE SETTLEMENT AGREEMENT** ............................................. 57
XII. **COSTS AND FEES** ......................................................................................................... 58
XIII. **MISCELLANEOUS** ........................................................................................................ 59

istrator, as determined by the postmark. In the event the postmark is missing or illegible, the submission date of the Interest-in-Relief Form shall be deemed to be five (5) days prior to the date the form was received by the Claims Administrator.

57. The Claims Administrator will assign a Claimant ID number to each individual who submits an Interest-in-Relief Form. No later than eighty-five (85) days after the Date of Entry of this Agreement, the Claims Administrator shall provide to the Parties all Interest-in-Relief Forms received by the Claims Administrator, with the Claimant ID number marked on each page of the form. Copies of Interest-in-Relief Forms received by the Claims Administrator more than ten (10) days after the deadline for submission of claim forms will be provided to the Parties in the same format described above on a weekly rolling basis.

### E.   Determination of Claimants' Eligibility for Individual Relief

58. The United States will determine whether a Claimant is eligible for Individual Relief under this Agreement, subject to objection and Court approval process outlined below.

59. A Claimant is eligible for Back Pay Relief under this Agreement if: (i) the Claimant is African American; (ii) between January 2010 and April 27, 2019, the Claimant took and failed any of the Challenged Written Exams; and (iii) the Claimant met the minimum qualifications for employment that existed at the time the Claimant was disqualified by failure of any of the Challenged Written Exams. Claimants who are current BCPD police officers or cadets who otherwise satisfy the requirements set forth in this Paragraph 59 will be eligible for Back Pay Relief.

60. A Claimant is eligible for Priority Hiring Relief under this Agreement if the Claimant satisfies the criteria in Paragraph 59(i-iii) and meets the minimum qualifications in effect and required of all police officer and cadet applicants at the time the Claimant is

32

completing the County's screening and selection procedures. Claimants who are current BCPD police officers or cadets are not eligible for Priority Hiring Relief under this Agreement.

61. As of the date of the Parties' execution of this Agreement, the minimum qualifications for hire as an entry-level police officer or cadet with the BCPD remain the same as those in place since January 1, 2010 and are:

   a. Police officer applicants must be age 21 upon graduating from BCPD's six-month police academy.

   b. Police cadet applicants must be at least 18 years of age at the time of hire. They can apply at 17 1/2 years of age.

   c. Both police officer and cadet applicants must not have:

      1. Felony convictions that are not expunged.
      2. Used marijuana within three years.
      3. Ever used heroin, PCP or LSD.

F. **Back Pay Relief**

62. The United States shall determine which Claimants are eligible for Back Pay Relief under Paragraph 59. In order to be eligible for Back Pay Relief, a Claimant need not express an interest in, or be eligible for, Priority Hiring Relief, or accept an offer of employment as an entry-level police officer or cadet in the BCPD.

63. The United States shall determine each eligible Claimant's back pay award exclusively from the Settlement Fund, such that awards from the Settlement Fund are distributed among all eligible Claimants who sought Back Pay Relief, taking into account when each Claimant was first disqualified by any of the Challenged Written Exams and the position for which they were eligible to be hired at the time they were first disqualified.

33

The County's limit of liability for Back Pay Relief shall not be greater than the total sum of Two Million Dollars ($2,000,000) deposited into the Settlement Fund, except as set forth in Paragraph 91.

### G. Priority Hiring Relief

64. The United States shall determine each Claimant's eligibility to participate in the priority hiring selection process subject to Paragraph 60. Eligibility to participate in the priority hiring selection process does not ensure a Claimant will receive an offer of priority hire from the County. The County shall require any Claimant deemed eligible for Priority Hiring Relief to successfully complete the County's screening and selection procedures that are then in effect and required of all other entry-level police officer and cadet applicants.

### H. Proposed Individual Relief Awards List

65. No later than one hundred twenty (120) days after the Date of Entry of this Agreement, the United States shall provide the County with a Proposed Individual Relief Awards List that identifies by Claimant ID number: all Claimants who timely returned an Interest-in-Relief Form (or who falls within a good cause exception); the type of relief each Claimant sought; what, if any, relief the United States finds the Claimant eligible for based on the Interest-in-Relief Forms received by the Claims Administrator and any additional information submitted by the Claimant; if the United States finds the Claimant eligible for Back Pay Relief, the amount of Back Pay Relief that the United States has determined should be awarded to the Claimant; and, if the United States finds the Claimant ineligible for either type of relief sought, the reason for the United States' determination that the Claimant is not eligible for such relief.