Exhibit 8

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     Civil Action No.: 1:14-cv-78S |
| | ) |
| **STATE OF RHODE ISLAND,** | ) |
| **RHODE ISLAND DEPARTMENT** | ) |
| **OF CORRECTIONS,** | ) |
| | ) |
| **Defendants.** | ) |

## SETTLEMENT AGREEMENT

# TABLE OF CONTENTS

I.   **BACKGROUND AND STIPULATIONS** ..................................................................1
     A. Correctional Officer Selection Process .................................................................2
     B. Written and Video Exams .....................................................................................2

II.  **DEFINITIONS** ..........................................................................................................4

III. **PURPOSES OF THE SETTLEMENT AGREEMENT** .........................................6

IV.  **FAIRNESS HEARING ON THE TERMS OF THE
     SETTLEMENT AGREEMENT** ...............................................................................7
     A. Provisional Entry of this Agreement .....................................................................7
     B. Claims Administrator .............................................................................................7
     C. Notice of Settlement to Applicants ........................................................................8
     D. Notice of Settlement to Other Interested Parties ...................................................9
     E. Objections to Entry of the Settlement Agreement ...............................................11
     F. Final Entry of the Settlement Agreement .............................................................12

V.   **GENERAL INJUNCTIVE RELIEF** .....................................................................13
     A. Injunctions ............................................................................................................13
     B. Settlement Agreement Compliance Officer .........................................................13
     C. Interim Selection Process .....................................................................................14
     D. Development and Use of Lawful Selection Devices ...........................................14

VI.  **INDIVIDUAL RELIEF** ..........................................................................................16
     A. Two Forms of Individual Relief ...........................................................................16
     B. Institution of the Settlement Fund .......................................................................17
     C. Notice of Entry of Settlement Agreement to Applicants .....................................17
     D. Submission of Interest-in-Relief Forms by Potentially Eligible Applicants .........18
     E. Determination of Claimants' Eligibility for Individual Relief .............................19
     F. Monetary Relief ....................................................................................................20
     G. Priority Hiring Relief ...........................................................................................20
     H. Proposed Individual Relief Award Lists ..............................................................20

VII. **FAIRNESS HEARING ON INDIVIDUAL RELIEF** ..........................................21
     A. Filing of Proposed Individual Relief Awards Lists with the Court .....................21
     B. Fairness Hearing on Individual Relief .................................................................22
     C. Notice of Preliminary Eligibility Determinations to Claimants ..........................22
     D. Objecting to Individual Relief Determinations ....................................................23
     E. Filing Objections to Individual Relief ..................................................................24
     F. Amendment to Preliminary Individual Relief Awards Lists ................................24
     G. Approval of Final Individual Relief Awards Lists ...............................................25

VIII. **EXECUTION OF INDIVIDUAL RELIEF** .........................................................25
     A. Notice of Individual Relief Awards and Acceptance and Release ......................25

B. Deposit into the Settlement Fund ........................................................................26
C. Acceptance of Individual Relief..........................................................................26
D. Issuance of Monetary Award Checks by State ....................................................29
E. Priority Hiring Relief............................................................................................31
    i. Priority Hiring Relief Awarded to Eligible Claimants Identified in
      Paragraph 91.a...................................................................................33
        a. Selection Process..........................................................................33
        b. Offer of Priority Hire ...................................................................34
        c. State's Reports to the United States on Claimants Hired...............35
    ii. Priority Hiring Relief Awarded to Incumbent Correctional Officers
      Pursuant to Paragraph 91.b ........................................................................36
    iii. Retroactive Pension Benefits..................................................................36

IX.    **RECORD KEEPING AND COMPLIANCE MONITORING** ............................39

X.    **DISPUTE RESOLUTION**........................................................................................41

XI.    **DURATION OF THE SETTLEMENT AGREEMENT** ......................................41

XII.    **COSTS AND FEES**..................................................................................................42

XIII.    **MISCELLANEOUS** ................................................................................................42

Administrator more than ten (10) days after the deadline for submission of claim forms will be provided to the Parties on a weekly rolling basis.

### E. Determination of Claimants' Eligibility for Individual Relief

47. The United States and the State will confer regarding the process by which the Parties will determine whether a Claimant is eligible for individual relief under this Agreement.

48. A Claimant is eligible for monetary relief under this Agreement if: (i) the Claimant identified as African American or Hispanic when applying for any of the State's selection processes for entry-level correctional officers; (ii) between January 2000 and 2013, the Claimant failed the initial or revised written exam, or the video exam, for a test administration that resulted in an eligibility list from which appointments were made; and (iii) the Claimant met the minimum qualifications for employment that existed at the time the Claimant was disqualified by failure of the initial written, revised written, or video exam.

49. A Claimant is eligible for priority hiring relief under this Agreement if the Claimant meets the current minimum qualifications for hire as a correctional officer with the Rhode Island Department of Corrections, and either (i) satisfies the criteria in Paragraph 48; or (ii) identified as African American or Hispanic when applying for the interim selection process as described in Paragraph 33 of this Agreement, who failed the revised written exam administered as part of the interim selection process, but passed the video examination administered as part of the interim selection process, and who met the minimum qualifications for employment that existed at the time the Claimant was disqualified by failure of the written exam administered as part of the interim selection process.

### F. Monetary Relief

50. The United States, in consultation with the State, shall determine the Claimants eligible for a monetary award under Paragraph 48. In order to be eligible for monetary relief, a Claimant need not express an interest in, or be eligible for, priority hiring relief, or accept an offer of employment in the correctional officer position in the Rhode Island Department of Corrections.

51. The United States, in consultation with the State, shall determine each eligible Claimant's monetary award from the Settlement Fund, such that awards are distributed among all eligible Claimants who sought monetary relief in a manner that is reasonable and equitable, considering when each Claimant was disqualified by the initial or revised written exam, or the video exam.

### G. Priority Hiring Relief

52. The United States, in consultation with the State, shall determine each Claimant's eligibility to participate in the priority hiring selection process subject to Paragraph 49. Eligibility to participate in the priority hiring selection process does not ensure a Claimant will receive an offer of priority hire from the State. The State shall require any eligible Claimant seeking priority hiring relief to successfully complete the State's correctional officer screening and selection procedures that are then in effect and required of all other correctional officer applicants.

### H. Proposed Individual Relief Awards Lists

53. No later than one hundred twenty (120) days after entry of this Agreement, the United States shall provide the State with:

    a. A Proposed Monetary Awards List that identifies all Claimants it finds eligible for monetary relief based on the Interest-in-Relief Forms received by the Claims

20