UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>    Defendant. | Case No. 1:24-cv-838-TDS-JEP |

### [PROPOSED] ORDER

Upon consideration of the United States' Motion to File Under Seal, it is hereby:

**ORDERED** that the Motion is **GRANTED**. The United States' Brief Regarding Applicability of *Ricci v. DeStefano* to Motion for Provisional Approval and Entry of Consent Decree shall remain under seal pending the Court's review of the supporting material to be filed by any parties claiming confidentiality pursuant to Local Rule 5.4(c)(3).

**ORDERED** that all supporting material filed by parties claiming confidentiality pursuant to Local Rule 5.4(c)(3) shall be filed by January 29, 2025.

So **ORDERED** this _____ day of January, 2025.

_____
THOMAS D. SCHROEDER
United States District Judge