# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> CITY OF DURHAM, NORTH CAROLINA, <br><br> *Defendant*. | Case No. 1:24-cv-00838 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Civil Rule 83.1(d), the undersigned respectfully gives notice of his special appearance in this proceeding on behalf of the American Alliance for Equal Rights as amicus curiae in association with Gilbert C. Dickey, a member of the bar of this Court and counsel of record for AAER. I certify that I am an active member in good standing of the highest court of the State of Georgia.

Date: January 17, 2025

Respectfully submitted,

*/s/ Paul R. Draper*
Paul R. Draper (GA Bar 262967)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
paul@consovoymccarthy.com

*Counsel for Amicus Curiae*
*American Alliance for Equal Rights*

1

## PROOF OF SERVICE

On January 17, 2025, I filed the foregoing Notice of Special Appearance using the Court's CM/ECF system, which will email everyone requiring notice.

*/s/ Paul R. Draper*
Counsel for AAER
