IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DURHAM, NORTH CAROLINA,<br><br>    Defendant. | 1:24-cv-838 |

## ORDER

This matter is before the Court on the parties' Joint Local Rule 5.5 Report [Doc. #26]. The Court has reviewed the Joint Report and approves it as submitted.

IT IS THEREFORE ORDERED that the parties' Joint Local Rule 5.5 Report [Doc. #26] is approved as submitted.

This, the 30th day of January, 2025.

                                                            /s/ Joi Elizabeth Peake
                                                            Joi Elizabeth Peake
                                                            United States Magistrate Judge